# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Ernest Rudolph Jr_ (Now I have $0.00 in cash and
two metro (2) tickets Estimate worth ~~two~~ together
$1.30 literly.
**Plaintiff**

vs.

~~Civil~~ Action No. _07-272 EGS_
MISC

_The United States of America_ (subpoena in a civil case)
(and criminal)
**Defendant**

## NOTICE OF APPEAL

Notice is hereby given this ~~June~~ Wed day of ~~6, 2007~~ ,20___ , that
Wendey    June **20**, 2007

~~hereby~~ appeals to the United States Court of Appeals for the District of Columbia Circuit from

~~the~~ judgment of this Court entered on the                    day of                    , 20___

~~in~~ favor of

~~against said~~

_Pro Se Litigant_
**Attorney or Pro Se Litigant**

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:    P.O. Box # 120

Ben Franklin

Vashington D.C. 20044

**RECEIVED**

JUN 2 0 2007

NANCY MAYER WHITTINGTON, CLERK

CO 217B
Rev. 2/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Ernest Rudolph, Jr
_____
Plaintiff(s)

vs.

The United States of America, et al.
_____
Defendant(s)

Dear: Mr. Rudolph _____ :

In the above entitled case, please be advised that on 4/6/07

Judge Sullivan _____ endorsed thereon as follows:

"Leave to file without prepayment of costs is **DENIED**."

As a result of the Judge's ruling, your case has not been filed with our

Court and is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: Da Janau Scott _____
Deputy Clerk

United States District Court
For the District of Columbia


Ernest Rudolph Jr.
220 Bond St.
Westbury N.Y. 11590


            Vs.


The United States of America and
The Justice Department, 950 Pennsylvania Ave,
1600 Pennsylvania Ave, 1500 Pennsylvania Ave and
Congress.
            Complaint


Demand trail by Jury also
demands (see complaint from the U.S. Docket sheet).


**RECEIVED**

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


Ernest Rudolph Jr
220 Bond St.
Westbury N.Y. 11590
Phone # (516) 279-0418

**COMPLAINT:** (Start from the beginning and give all the facts pertaining to your complaint. Be sure to tell why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Also, please send this office all copies of papers that you received from the attorney.)

(1981) Negligence, Malpractice. My Life and The Attempt To Commit Murder against Me! U.S. District Court Eastern District of New York (Central Islip) Civil Docket # 2:02-cv-04103-TCP-ETB. Demand, Vacate Acknowledgement of Paternity and #1.3 Billion Dollars! Vacate Child Support! Drop False Charges (Trespassing and Order of Protection Docket # 2005NA027608 CIO). And To Press Charges against all of them that's involve! Immediately! Denied My Rights To Due Process. (submitted 1/24/06) Civil Rights Act of July 2, 1964. McKinnie's Consolidated Laws of New York. Also My Unemployment Insurance Hearing (Uniondale New York). District Attorney Office Complaint Unit, 262 Old County RD. Mineola N.Y. Docket # 991588-05. I file a Complaint about what happen at Drexel Ave School In Westbury While playing football. Also I want to testify on my behalf (Give Testimony on Record). DR2-107 (J.C.) Affirmation Sumbit Submitted in support of Complaint 1/24/06
  My Life is not a game nor is it fundamental Practice! (O.K. Down Boy is a command given to a slave. I am NOT A Slave!). Also it's not a Unlawful study! Contact The nessary Grievance committee and the Better Business Beura. Witness Tampering Obstruction of Justice

**PLEASE SIGN:** _Ernest Rudolph_   _Ernest Rudolph Jr._
A Judge Must Never engage in, Fraud, Disonesty, Misconduct or Misrepresentation against Me! They Have. The Courts (U.S.D. Court) Should have request My presents for the initial Conference that was sh scheduled for 11/25/02. Defendant is also engaging in F.D.M and M. And for Counsel (Defendant Counsel). I WANT JUSTICE!

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.   MAR 13 2006
LONG ISLAND OFFICE

Mary Publan 9/19/06
Mary Publo
Notary Public
State of New York Suffolk Cty
No. 01LE6664987
Commission Expires July 17, 20

RECEIVED
JUN 14 2006

CORAM REGION
SUFFOLK COUNTY COA DIVISION

MICHAEL PALMA
Notary Public - State of New York
No. 01PA6074070
Qualified in Suffolk County
My Commission Expires Nov. 30, 20

ON JULY 1, 2006
DULY APPEARED BEFORE ME
ERNEST RUDOLPH JR & ERNEST
Michael Palma NOTARY PUBLIC

Fax: 516-681-1101
Email: cam@managementattorney.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2002 | 1 | Complaint filed and summons issued as to defendant(s) Custom Coatings,Inc.. Filing fee $150.00. Receipt number: 264371. Jury trial demanded.. Filed by Peter G. Eikenberry on behalf of Ernest Rudolph. (Attachments: # 1 Civil Cover Sheet)(Romano, Daniel) (Entered: 07/22/2002) |
| 07/29/2002 | 2 | SUMMONS Returned Executed by Ernest Rudolph. Custom Coatings,Inc. served on 7/22/2002, answer due 8/12/2002 filed by Peter G. Eikenberry on behalf of Ernest Rudolph. (Fagan, Linda) (Entered: 08/05/2002) |
| 08/05/2002 | 3 | **Answer to complaint. filed by Richard Michael Howard on behalf of Custom Coatings,Inc.. (Fagan, Linda) (Entered: 08/09/2002)** |
| 08/05/2002 | 4 | Disclosure of interested party filed by Richard Michael Howard on behalf of Custom Coatings,Inc.. (Fagan, Linda) (Entered: 08/09/2002) |
| 08/12/2002 | 5 | Order; An initial scheduling conference will be held in this case at 11:00 a.m. on 11/25/02 before Judge Boyle, in Courtroom 830, Long Island Federal Courthouse, Central Islip, New York, as further set forth herein. ( Signed: E. Thomas Boyle, U.S. Magistrate Judge, on 8/12/02) (Fagan, Linda) (Entered: 08/14/2002) |
| 11/25/2002 | 6 | Minute Entry for proceedings held before E. Thomas Boyle : Scheduling Conference held on 11/25/2002. Counsel for all sides present. Discovery due by 3/15/2003. Final Telephone Pretrial Conference set for 4/29/2003 10:00 AM before Magistrate-Judge E. Thomas Boyle. Any party seeking mediation shall inform the court within 10 days. CG (Lopez, Adriana) (Entered: 12/04/2002) |
| 11/25/2002 | 7 | SCHEDULING ORDER: Amended Pleadings due by 1/15/2003. Joinder of Parties due by 2/1/2003. Motions due by 5/1/2003. Signed by Judge E. Thomas Boyle on 11/25/02. cg(Lopez, Adriana) (Entered: 12/04/2002) |
| 12/03/2002 | 8 | Letter ated 12.2.02 from Cara McCaffrey to USMJ Boyle re: The dft does not wish to mediate this matter and wishes to proceed before the court. (Lopez, Adriana) (Entered: 12/09/2002) |
| 04/11/2003 | 9 | Letter MOTION for Extension of Time to Complete Discovery by Custom Coatings,Inc.. (Lopez, Adriana) (Entered: 04/15/2003) |
| 04/11/2003 | | ORDER: GRANTING [9] Motion for Extension of Time to Complete Discovery. Discovery is extended to 5/30/03. The parties shall file a joint pretrial order with the undersigned, in accordance with Judge Platt's rules by 6/18/03. The final conference is rescheduled for 6/23/03 at 11:00 am. So Ordered. Signed by JudgeE. Thomas Boyle on 4/11/03. cf/eot9 |

| | | (Lopez, Adriana) (Entered: 04/15/2003) |
|---|---|---|
| 05/29/2003 | ●10 | Letter dated 5/28/03 from Cara McCaffrey to USMJ Boyle re: Requesting an extension of time to conduct discovery until 7/11/03.. (Lopez, Adriana) (Entered: 06/02/2003) |
| 05/29/2003 | ● | ORDER: Application is GRANTED. Discovery due by 7/11/2003. Final Pretrial Conference set for 8/20/2003 10:30 AM before Magistrate-Judge E. Thomas Boyle. Proposed Pretrial Order due by 8/15/2003. There will be no further extensions. Signed by Judge E. Thomas Boyle on 5/29/03. cf/eod10 (Lopez, Adriana) (Entered: 06/02/2003) |
| 07/08/2003 | ●11 | Letter dated 7/7/03 from Cara McCaffrey to USMJ Boyle re: Requesting an extension of time to conduct discovery to 8/8/03. (Lopez, Adriana) (Entered: 07/29/2003) |
| 07/17/2003 | ● | ORDER: Discovery is certified as complete except as to the outstanding subpoena. The records provided pursuant to that subpoena shall be provided to all parties upon receipt. The parties are directed to adhere to the provisions of the endorsed order dated 5/29/03, as to the filing of a joint pretrial order and the final conference of this action . Signed by Judge E. Thomas Boyle on 7/17/03. cf/eod11(Lopez, Adriana) (Entered: 07/29/2003) |
| 07/24/2003 | ●15 | Letter dated 7/23/03 from Cara McCaffrey to USMJ Boyle re: The dft requests that the court reconsider its request for an extension of the discovery period in order to obtain the telephone records and depose the pltff.. (Lopez, Adriana) (Entered: 09/04/2003) |
| 08/11/2003 | ●12 | Letter dated 8/8/03 from Cara A. McCaffrey to Mag. Judge Boyle re: The deft. seeks additional time to complete its deposition of the pltf. in the above-referenced matter. See attached letter hereto as Exhibit A outlining these circumstances. The Court has ordered a Joint Pretrial Order be filed on 8/15/03 and a final conference to be held 8/20/03. Since there are still issues concerning discovery, the defendant seeks the Court's guidance. (Dachille, Patty) (Entered: 08/21/2003) |
| 08/20/2003 | ●13 | Interoffice Memorandum from Deanna Hall to Karen O'Hara: Discovery is certified as complete except as to the continued deposition of Pltff which will be completed by 9/30/03. (Lopez, Adriana) (Entered: 09/04/2003) |
| 08/20/2003 | ●14 | Minute Entry for proceedings held before Judge E. Thomas Boyle : Interim Pretrial Conference held on 8/20/2003. Counsel for all sides present. Discovery is certified complete except as to the continuing deposition of Pltff which will be completed by 9/30/03. This action is trial ready subject to the above and to a motion for partial summary judgment. cg (Lopez, Adriana) (Entered: 09/04/2003) |
| 08/20/2003 | ● | Judge E. Thomas Boyle no longer assigned to case. (Lopez, Adriana) (Entered: 09/04/2003) |

| 10/15/2003 | 17 | Letter dated 10/14/03 from Cara McCaffey to USDJ Platt re: If mediation is unsuccessful Dft seeks to reserve its right to bring a motion for partial summary judgment. (Lopez, Adriana) (Entered: 11/06/2003) |
|---|---|---|
| 10/15/2003 | | ORDER: Request GRANTED . Signed by Judge Thomas C. Platt on 10/15/03. eod#17(Lopez, Adriana) (Entered: 11/06/2003) |
| 10/20/2003 | 16 | |
| 10/29/2003 | | REFERRING CASE to Mediation. Judge Thomas C. Platt on 10/29/2003. [Updating docket](Lepp, Gerald)(dcstat) (Entered: 03/02/2004) |
| 01/16/2004 | 19 | PRETRIAL ORDER APPROVED AS TO FORM, signed by Mag. J. Boyle (undated Filed 1/16/04, stamped 1/16/04 entered 2/13/04) (Barhome, Sydelle) (Entered: 02/13/2004) |
| 02/04/2004 | 18 | NOTICE of Ready Trial Calendar: Parties must be ready on 48 hour notice. If the case has not been called in for trial, a status conference is set for 12/3/04 @11:00am. (K. O'Hara, case manager for Hon. J. Platt, 2/4/04) (Barhome, Sydelle) (Entered: 02/12/2004) |
| 04/13/2004 | 20 | Mediator has been Selected and the Mediation Scheduled. The first mediation session shall be held on 04/14/2004 at the offices of the Mediator. Counsel must file with the Mediator teir client's Complaint or Answer, together with their respective disclosure statements and their client's mediation statement outlining, facts, legal issues, and particulars of any settlement discussions. Attendance in person is required of the trial counsel, insurance adjustor, and client representative with full settlement authority. Counsels are to promptly provide the ADR Administrator, Gerald Lepp, with the details concerning the Mediator and the results of the Mediation. (Lepp, Gerald)(dc) (Entered: 04/13/2004) |
| 06/30/2004 | | REPORT of Mediation. One mediation session took place, but the case did not settle. Accordingly, the case is returned to the assigned judges.(Lepp, Gerald)(ip) (Entered: 06/30/2004) |
| 08/31/2004 | | Set Deadline as to Summary Judgment Motion Argument set for 12/3/2004 11:00 AM in Courtroom 1040 before Senior Judge Thomas C. Platt. All motion papers should be electronically filed on 10 days before the set oral argument date, with a courtesy copy forwarded directly to chambers. (O'Hara, Karen) (Entered: 08/31/2004) |
| 11/16/2004 | 21 | Letter from Carol McCaffey dtd 11/15 to USDJ Platt Regarding : Both parties wish to inform the court that each party inadvertently has exceeded the page limitation concerning memoranda of law. Second, the parties request additional time to submit the Summary Judgment motion for |

| | | |
|---|---|---|
| | | filing. (Lopez, Adriana) (Entered: 11/17/2004) |
| 11/29/2004 | ●22 | Letter from Cara A. McCaffrey to Judge Platt Regarding Filing reply brief. (McCaffrey, Cara) (Entered: 11/29/2004) |
| 12/03/2004 | ●23 | MOTION for Summary Judgment by Custom Coatings,Inc.. (Attachments: # 1 56.1 Statement# 2 Memo of Law in Support of Defendant's Motion for Summary Judgment# 3 Affidavit of Service# 4 Defendant's Exhibits to Rule 56.1 Statement# 5 Defendant's Exhibits to Rule 56.1 Statement# 6 # 7 Plaintiff Memo In Opposition# 8 Eikenberry Affirmation# 9 Plaintiff Affidavit# 10 Plaintiff Exhbits# 11 Plaintiff Exhibits# 12 Plaintiff Exhibits# 13 Plaintiff Affidavit of Service# 14 Plaintiff Affidavit of Service# 15 Defendant's Reply# 16 Defendant's Affidavit of Service#17 Defendant's Response to Plaintiff's Counter Rule 56.1 Statement)(McCaffrey, Cara) (Entered: 12/03/2004) |
| 12/06/2004 | ● | Incorrect Document filed. Docket entries # 24 and 25 entitled "Motion for Summary Judgment" filed on 12/3/04 have been deleted. Document # 23 reflects proper documents. (Lopez, Adriana) (Entered: 12/06/2004) |
| 03/11/2005 | ●24 | Minute Entry Case called for proceedings held before Thomas C. Platt : Pre Motion Conference held on 3/11/2005 @10:30 a.m.. For Plaintiff: Peter Eikenberry. For Defendant: Michael Kaufman. Motion argued by both sides, Motion is DENIED. (Mierzejewski, Elizabeth) (Entered: 03/21/2005) |
| 03/28/2005 | ●25 | Letter from Peter G. Eikenberry to Honorable E. Thomas Boyle Regarding settlement mediation. (Eikenberry, Peter) (Entered: 03/28/2005) |
| 04/04/2005 | ●26 | Letter from Peter G. Eikenberry to The Honorable E. Thomas Boyle Regarding Settlement mediation. (Eikenberry, Peter) (Entered: 04/04/2005) |
| 04/06/2005 | | ***Motions terminated: 23 MOTION for Summary Judgment filed by Custom Coatings,Inc.,. (O'Hara, Karen) (Entered: 04/06/2005) |
| 04/27/2005 | ●28 | Letter from Peter G. Eikenberry to Hon. E. Thomas Boyle Regarding settlement mediation. (Eikenberry, Peter) (Entered: 04/27/2005) |
| 04/27/2005 | | ***Document Sealed and place in vault re: documents 27, 31, 32, 33, 34 and 36. Motion to withdraw as counsel and supporting papers. (Mahon, Cinthia) (Entered: 05/10/2005) |
| 05/02/2005 | ●29 | ORDER re 28 Letter. A settlement conference is scheduled before Magistrate Judge E. Thomas Boyle. All parties and their lead counsel are ORDERED TO APPEAR at the Alfonse M. D'Amato U.S. Courthouse, 2 Federal Plaza, Courtroom 830, Central Islip, New York, on May 10, 2005, at 2:00 p.m. SEE order for further details. Ordered by Judge E. Thomas Boyle on 5/2/05. (c/f) (Joy, Dolores) (Entered: 05/02/2005) |
| 05/05/2005 | ●30 | First MOTION to Adjourn Conference letter until May 11, 2005 by Custom Coatings,Inc.. (McCaffrey, Cara) (Entered: 05/05/2005) |

| 05/12/2005 | ●35 | ORDER re 30 First MOTION to Adjourn Conference letter until May 11, 2005 filed by Custom Coatings,Inc. The settlement conference in this action is adjourned from May 10, 2005, to May 27, 2005, at 11:30 a.m. Plaintiff Ernest Rudolph is directed to be present with his attorney, Peter G. Eikenberry. Counsel for defendant Custom Coatings, Inc. is directed to be present with a principal from defendant's company with the authority to settle. Ordered by Judge E. Thomas Boyle on 5/12/05. (Hancock, Lauren) (Entered: 05/12/2005) |
|---|---|---|
| 05/16/2005 | ●38 | Letter REQUEST dtd. 5/10/05 from Peter G. Eikenberry to Hon. J. Platt noting that since his motion to resign as counsel for Plf Rudolph, is he no longer counsel to him effective on 4/27?, effective when he served Mr. Rudolph, or upon the expiration of 30 days from April? (Barhome, Sydelle) (Entered: 05/31/2005) |
| 05/20/2005 | ●37 | Second MOTION to Adjourn Conference *of May 27 until 6/7, 6/8 or 6/15* by Custom Coatings,Inc.. (McCaffrey, Cara) (Entered: 05/20/2005) |
| 05/24/2005 | ● | ORDER re 37 Second MOTION to Adjourn Conferenceof May 27 filed by Custom Coatings,Inc.. The settlement conference in this action is adjourned from May 27, 2005, to June 15, 2005, at 2:00 p.m. Plaintiff Ernest Rudolph is directed to be present with his attorney, Peter G. Eikenberry. Counsel for defendant Custom Coatings, Inc. is directed to be present with a principal from defendant's company with the authority to settle. Each party shall submit under seal a three page letter discussing any relevant liability and damages issues. So Ordered. Ordered by Judge E. Thomas Boyle on 5/24/05. (Hancock, Lauren) (Entered: 05/24/2005) |
| 06/01/2005 | ●39 | Third MOTION to Adjourn Conference *(Settlement Conference) until 6/23, 6/28 or 6/29* by Custom Coatings,Inc.. (McCaffrey, Cara) (Entered: 06/01/2005) |
| 06/01/2005 | ●40 | Mail Returned as Undeliverable. Mail sent to Peter G. Eikenberry as to document #35 (Lundy, Lisa) (Entered: 06/03/2005) |
| 06/02/2005 | ● | ORDER denying 39 Motion to Adjourn Conference. Application is denied based on the failure to establish "good cause." See Rule 16(b), Fed. R. Civ. P. Ordered by Judge E. Thomas Boyle on 6/2/05. Defendant's counsel is directed to notify all parties of this order upon receipt. (Joy, Dolores) (Entered: 06/02/2005) |
| 06/09/2005 | | ***Motions terminated: 30 First MOTION to Adjourn Conference *letter until May 11, 2005* filed by Custom Coatings,Inc.,, 37 Second MOTION to Adjourn Conference *of May 27 until 6/7, 6/8 or 6/15* filed by Custom Coatings,Inc.. Decided by order. (O'Hara, Karen) (Entered: 06/09/2005) |
| 06/15/2005 | | Minute Entry for proceedings held before E. Thomas Boyle : Plaintiff Peter G. Eikenberry; Defendant Michael Kaufman, Joseph ErrigoSettlement Conference held on 6/15/2005. Conference set for 9/14/2005 01:30 PM before Magistrate-Judge E. Thomas Boyle. (So ordered by Mag. Judge E. Thomas Boyle on 6/15/05.) (Lundy, Lisa) |

3/1/2006 10:10 AM

| | | (Entered: 06/15/2005) |
|---|---|---|
| 06/16/2005 | ⊙ | Judge E. Thomas Boyle added. (Lundy, Lisa) (Entered: 06/16/2005) |
| 06/24/2005 | ⊙42 | Letter dtd. 6/21/05 from Peter G. Eikenberry to Hon. J. Platt requesting an Order relieving him of his responsibility as counsel to Plf Rudolph and he interprets his current position as no longer being his counsel. (Barhome, Sydelle) (Entered: 06/28/2005) |
| 06/24/2005 | ⊙ | Endorsed ORDER granting 42 Letter. Ordered by Judge Thomas C. Platt on 6/27/05. (Barhome, Sydelle) (Entered: 06/28/2005) |
| 06/24/2005 | | *** Attorney Peter G. Eikenberry terminated. (see endorsed order filed 6/24/05) (Mahon, Cinthia) (Entered: 12/09/2005) |
| 09/14/2005 | ⊙43 | Minute Entry for proceedings held before E. Thomas Boyle : Plaintiff Ernest Rudolph (Pro-se) Defendant Cara A. McCaffrey;Status Conference held on 9/14/2005. Proposed Pretrial Order due by 11/3/2005; Plaintiff 10/7/05;Defendant 10/28/05; Next Conference set for 11/9/05 at 2:00 p.m. before Mag. Judge E. Thomas Boyle. (So ordered by Mag. Judge E. Thomas Boyle on 9/14/05.) (Lundy, Lisa) (Entered: 09/15/2005) |
| 10/07/2005 | ⊙45 | Letter MOTION to Adjourn Conference /pre-trial order to 11/9/05 by Ernest Rudolph. (Barhome, Sydelle) (Entered: 10/18/2005) |
| 10/17/2005 | ⊙44 | ORDER permitting ▓▓▓▓▓▓ to enter the Central Islip ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ Thomas C. Platt on 10/16/05. (Barhome, Sydelle) (Entered: 10/17/2005) |
| 10/28/2005 | ⊙46 | Proposed Pretrial Order by Custom Coatings,Inc.. (McCaffrey, Cara) (Entered: 10/28/2005) |
| 10/28/2005 | ⊙ | ORDER denying 45 Motion to Adjourn Conference. Ordered by Judge E. Thomas Boyle on 10/28/05. Defendant's counsel is directed to notify all parties of this order upon receipt. (c/m) (Joy, Dolores) (Entered: 10/28/2005) |
| 11/02/2005 | ⊙47 | Letter from Cara A. McCaffrey, Esq. to Magistrate Judge E. Thomas Boyle Regarding Your Honor's denial of Plaintiff's motion to adjourn the conference.. (McCaffrey, Cara) (Entered: 11/02/2005) |
| 11/07/2005 | ⊙48 | Letter from Cara A. McCaffrey, Esq. to Clerk of the Court, USDC Eastern DIstrict of NY Regarding enclosure of Order dated 10-28-2005 denying Plaintiff's motion to adjourn the conference scheduled for 11-9-2005.. (McCaffrey, Cara) (Entered: 11/07/2005) |
| 11/09/2005 | ⊙49 | Letter dtd. 11/7/05 from Cara A. McCaffrey noting enclosure of Order of the Court denying plf's motion to adjourn the conference scheduled for November 9, 2005, in order to establish service on the plf.. (Barhome, Sydelle) (Entered: 12/02/2005) |
| 12/09/2005 | | ***Staff notes: A copy of the docket sheet was received from Lorraine Sapienza with a notation that Mr. Eikenberry is no longer the plaintiff's |

Handwritten margin notes (next to 09/14/2005 entry): *Paper filed after this hearing, there not in this file or Court docket. Copies* — *Save to U.S. Prosecutor*

Handwritten margin note (next to 10/07/2005 entry): *Generate two production Conduct*

18543255562
Check
Digit

## WHEN IN DOUBT? SAFETY WINS OUT!

LABOR READY NORTHEAST, INC.   CENTRAL ISLIP, NY
THANKS FOR WORKING AT LABOR READY (WWW.LABORREADY.COM)

PLEASE VERIFY YOUR HOURS
ERNEST RUDOLPH

Pay Rate Gross Pay Net Pay  RegHrs OvrHrs DblHrs TrueBlue

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  325565-1854 01/15/2007 $7.50   $37.50   $32.59   5.00   0.00   0.00   0.00

LR User: 118192
Ticket: 30524-1854

CHECK #  325565-1854
Soc Sec #   CHECK #    Date

Gross Pay          $37.50
NY EE SDI         ($0.19)
NY State With     ($0.43)
Me      e         ($0.54)
                  ($1.42)
                  ($2.33)

#s 4924-1854

---

18543255397
Check
Digit

## WHEN IN DOUBT? SAFETY WINS OUT!

LABOR READY NORTHEAST, INC.   CENTRAL ISLIP, NY
THANKS FOR WORKING AT LABOR READY (WWW.LABORREADY.COM)

PLEASE VERIFY YOUR HOURS
ERNEST RUDOLPH

Pay Rate Gross Pay Net Pay  RegHrs OvrHrs DblHrs TrueBlue

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  325397-1854 01/08/2007 $7.50   $41.25   $35.50   5.50   0.00   0.00   0.00

LR User: 118192
Ticket: 30473-1854

CHECK #  325397-1854
Soc Sec #   CHECK #    Date

Gross Pay          $41.25
NY EE SDI         ($0.21)
NY State With     ($0.58)
Medicare          ($0.60)
Fed With          ($1.80)
Soc Sec           ($2.56)

Customer #s 4924-1854

Reberence As-
Conduct by
911 Call from
handsone on
Carten Ave,
In Side Call, Ask (911) Opere Nesd To Am-

| | | counsel per the endorsed order filed on 6/24/05. I terminated Mr. Eikenberry and turned off his noticing. In addition, she noted that the pro se plaintiff has not provided us with an address for service. A notation was made on the docket sheet accordingly. (Mahon, Cinthia) (Entered: 12/09/2005) |
|---|---|---|
| 12/14/2005 | ●50 | Letter MOTION to Adjourn Conference *untill after January 8, 2006.* by Ernest Rudolph. (Lundy, Lisa) (Entered: 12/15/2005) |
| 12/14/2005 | ●51 | Mail Returned as Undeliverable. Mail sent to Ernest Rudolph as to document#45 (Lundy, Lisa) (Entered: 12/19/2005) |
| 12/16/2005 | ● | ORDER granting 50 Motion to Adjourn Conference. A conference will be held on January 24, 2006 at 11:30 a.m.. Ordered by JudgeE. Thomas Boyle on 12/16/05. (Lundy, Lisa) (Entered: 12/19/2005) |
| 01/24/2006 | ●52 | Minute Entry for proceedings held before E. Thomas Boyle : Status Conference held on 1/24/06. Discovery is certified as complete. This action is trial ready. The court recognizes the defendant's supplemental PTO submission filed on 10/28/05. Plaintiff's submission with the assistance of prior counsel on the original PTO (see docket sheet item #19 dated 1/16/2004 is recognized as plaintiff's sole submission. (So ordered by Mag. Judge Boyle on 1/24/06.) (Tape #06-07(1-1400).) (Lundy, Lisa) (Entered: 01/24/2006) |
| | | (Montero, Edher) (Entered: 01/26/2006) |
| 01/24/2006 | ● | Interoffice Memorandum to Karen O'Hara from Lauren Hancock: Discovery is certified as complete. This action is again trial ready. The Court recognizes the defendant's supplemental PTO submission filed on 10/28/05. Plaintiff's submission with the assistance of prior counsel on the original PTO see docket sheet item #19 dated 1/16/2004) is recognized as plaintiff's sole submission. (Lundy, Lisa) (Entered: 01/31/2006) |
| 01/24/2006 | ● | Judge E. Thomas Boyle no longer assigned to case. (Lundy, Lisa) (Entered: 01/31/2006) |
| 01/30/2006 | ● | AFFIRMATION in Support of "Amending Lawsuit" filed by Ernest Rudolph. (Valle, Christine) (Entered: 02/01/2006) |
| | | LETTER dtd 1/30/06 from Ernest Rudolph to the Court re: In support of complaint. (Mierzejewski, Elizabeth) (Entered: 02/07/2006) |
| ...2006 | ● | ORDER re 55(Motion) Affidavit in Support filed by Ernest Rudolph. This motion is referred to Mag. J. Boyle for determination. . Ordered by Judge Thomas C. Platt on 1/2/06. (Barhome, Sydelle) (Entered: 02/02/2006) |
| 02/07/2006 | ● | AFFIRMATION in Support re 1 Complaint, by Ernest Rudolph. (Fagan, Linda) (Entered: 02/07/2006) |
| 02/16/2006 | ● | ORDER re 55 Affidavit in Support filed by Ernest Rudolph. The plaintiff's request to amend the complaint is denied, with leave to renew |

NLEDGEMENT OF FAIR HEARING REQUEST
ND CONFIRMATION OF AID ST US

A0005 (09/03)
OAH-4420

IENTO DE SOLICITUD DE VISTA IMPARCIAL Y
FIRMACION DE CONDICION DE AYUDA

OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
OFICINA DE INCAPACIDAD TEMPORANIA Y ASISTENCI/

IS NOT A SCHEDULING NOTICE

231
10/30/06

COPY SENT TO:

*[handwritten: Their Solay depend Depended On The Illegal Practice.]*

**Access to Medicaid
Family Planning Services**
Planned Parenthood of Nassau County
For Information Call: **516-750-2656**

| | |
|---|---|
| **VISTA IMPARCIAL** | : 4659939Q |
| a | : P00L01054 |
| encia/Centro | : SNA |
| echa de Solicitud | : SUFF/  /  / |
| | : 10/30/06 |
| imero Del Aviso | : U471L79221 |
| Fecha Del Aviso | : 10/20/06 |
| **Effective Date / Fecha Efectiva** | : 11/01/06 |

This is to advise you that a Fair Hearing Request has been received for:
Esto es para notificarle que una Solicitud de Vista Imparcial ha sido recibido por:

**RUDOLPH          ERNEST**

IF SOMEONE WILL REPRESENT YOU AT YOUR FAIR HEARING WHO IS NOT AN ATTORNEY, THEY MUST HAVE YOUR
WRITTEN AUTHORIZATION TO REPRESENT YOU AND TO REVIEW YOUR CASE RECORD.
SI ALGUIEN LE REPRESENTARA EN SU VISTA IMPARCIAL QUE NO ES ABOGADO(A), HAY QUE TENER SU
AUTORIZACION ESCRITA PARA REPRESENTARLE Y PARA REVISAR SU FICHERO DEL CASO.

If you need to contact this office to inquire about this re...
change of address or phone number, you may call (800) 342-...
Si usted necesita comunicarse con esta oficina en relacion a su solicitud o la condicion de su assistencia o para
informar un cambio de direccion o numero de telefono, puede llamar al (800) 342-3334, o escriba a:

Office of Administrative Hearings  P.O. Box 1930  Albany, NY 12201

...u of the issues to be discussed at your Fair Hearing and the aid status of each issue.
...arle de los asuntos para discusión en su Vista Imparcial y la condición de ayuda.

BE ADDRESSED AT FAIR HEARING / LOS ASUNTOS QUE SE DIRIGIRÁ EN LA VISTA IMPARCIAL

...fair hearing because the local agency has changed your assistance, benefits or services, you may be
entitled to receive your assistance, benefits or services unchanged until the Commissioner issues a decision.
Si usted solicito una Vista Imparcial porque la agencia local ha cambiado su asistencia, beneficios o servicios, usted
puede tener derecho a que su asistencia, beneficios o servicios continuan hasta que el Comisionado emita una decision.
**THE STATE COMMISSIONER HAS DIRECTED THE LOCAL DISTRICT TO CONTINUE YOUR ASSISTANCE
UNCHANGED PENDING THE OUTCOME OF THE FAIR HEARING DECISION ON THE FOLLOWING ISSUE(S):**

**01. SNA - FAILURE TO COMPLY WITH EMPLOYMENT REQUIREMENTS**

You will receive a separate notice advising you of the date, time and place of your Fair Hearing. **PLEASE READ OTHER SIDE**
Usted recibirá notificación separada informandole de la fecha, la hora y el lugar de la Vista Imparcial. **POR FAVOR LEA EL OTRO LADO**

*[Various handwritten annotations throughout the page including: "1-800-230-plan", "1-800-362-2368", "DNA Testing", "Fair Hearing 1-800-342-3334", "11/7/06 Election Day", "Nassau N. Suffolk [All New York State]", and other illegible handwritten notes]*

If the local district has been directed to continue your assistance unchanged, but your case has nevertheless been closed, or your benefits have been reduced or restricted despite this directive, New York City appellants should contact the FH&C (Fair Hearing and Conciliation) unit at your local center or the fair hearing unit at your Food Stamp or Medicaid site, and make an 'aid continuing complaint'. **APPELLANTS OUTSIDE NEW YORK CITY SHOULD CONTACT THEIR CASEWORKERS.** You may also contact the state agency at the telephone number and address listed on the front of this notice and ask them to redirect the local district to restore your assistance. If you live in New York City, you may call (800) 342-3334 or visit the New York State Office of Temporary and Disability Assistance, Office of Administrative Hearings, 1st floor, at 14 Boerum Place, Brooklyn, NY.

For Food Stamp issues, when aid-continuing has been directed, your Food Stamp benefits will be continued at the same level only until your certification period ends. After that, you must recertify and be found eligible in order to continue receiving Food Stamps. You will receive Food Stamps in the amount determined by the recertification process.

Si se le ha ordenado al distrito local que continue su asistencia, y el distrito local ha cerrado, reducido o restringido sus beneficios a pesar de esta orden, los apelantes en la ciudad de Nueva York deben comunicarse con la Unidad de Vistas Imparciales y Conciliacion (FH&C) de su centro local o con la unidad de Vistas Imparciales en su sitio de Cupones de Alimento (Food Stamps) o Medibaid, y radicar una queja de incumplimiento de la orden de ayuda continua. LOS APELANTES QUE NO RESIDEN EN LA CIUDAD DE NUEVA YORK DEBEN COMUNICARSE CON EL/LA TRABAJADOR/A ASIGNADO/A A SU CASO. Tambien puede comunicarse con la agencia estatal en la direccion y numero telefonico indicados en la primera pagina de este aviso y pedir que se le v ordenar al distrito local restaurar su assistencia. Si usted resid ciudad de Nueva York puede llamar al (800) 342-3334 o visitar la Ofi Vistas Imparciales de la Oficina de Asistencia Temporera y de Inca ler.piso, en el 14 de Boerum Place, Brooklyn, NY.

Para asuntos relacionados con Cupones de Alimentos (Food Stamp), cuando se ha ordenado ayuda continua, sus cupones de alimentos continuaran al nivel actual hasta que el periodo de recertificacion expire. Usted tendra que recertificar y establecer su eligibilidad para poder continuar recibiendo cupones de alimentos. Los cupones de alimentos despues de la recertificacion se determinan por su eligibilidad en ese momento.

*F. H*

*Cop.)*

## SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES

**Compliance Unit**
**CENTER**

**4719828K**
Fair Hearing No.

**L. Polito**
**Examiner**

Supervisor's Signature

**February 6, 2007**
**Date**

### FAIR HEARING SUMMARY

**CASE NAME**              **CAT. & NO.**              **ADDRESS**
**RUDOLPH, ERNEST**        **SN L01054**              **101 Seymour Lane**
                                                      **Medford, NY 11763**

**FAMILY COMPOSITION**         **RELATIONSHIP**         **DOB**
**(Attach Screenprint)**

**ACTION OR PROPOSED ACTION TAKEN (ATTACHED COPY OF NOTICE)**

**PUBLIC ASSISTANCE DISCONTINUED FOR 90 DAYS AND UNTIL COMPLIANCE, EFFECTIVE FEBRUARY 1, 2007.**

**REGULATION OR AGENCY POLICY**
DEPT. OF LABOR BOOK 12 REGULATION 1300.12(d)  1300.13(a)  1300.09(e)
F.S. DOL BOOK 12 REG. 1300.12(e)

**BRIEF SUMMARY (A/C, ADJUSTMENTS, PERTINENT DOCUMENTS)**

**MR. RUDOLPH FAILED TO REPORT TO OR CONTACT THE DEPT. OF LABOR FOR A SCHEDULED APPOINTMENT ON NOVEMBER 21, 2006.   AID TO CONTINUE WAS GRANTED.**

**distribution: All Divisions, Original and 3 copies to Fair Hearings Unit, Copy to File**
**SCO/IM 403-1 (Rev. 6/98)**

XL02 16 (09/97)

NOTICE NUMBER  : U471NS2173        Page:  1        *****

SUFFOLK COUNTY DSS
COMPLIANCE UNIT
PO BOX 18100
HAUPPAUGE, NY 11788

NOTICE OF DECISION ON YOUR
PUBLIC ASSISTANCE, FOOD STAMPS AND
MEDICAL ASSISTANCE.

SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
CON SU TRABAJADOR(A).

| NOTICE NUMBER:<br>U471NS2173 | DATE:<br>December 28, 2006 | CASE NUMBER:<br>P00L01054 |
|---|---|---|

| OFFICE<br>J | UNIT<br>CU | WORKER | UNIT OR WORKER NAME<br>COMPLIANCE UNIT | TELEPHONE NO.<br>631-853-3664 |
|---|---|---|---|---|

### AGENCY TELEPHONE NUMBERS

**GENERAL TELEPHONE NO.**
**FOR QUESTIONS**   631-853-3664
**OR HELP**

- - - - - - - - - - - - - - - - - - - - - - - - -

**OR** Agency Conference   631-853-3664

Fair Hearing
information and
assistance          631-342-3334

Record Access       631-853-3664

Child/Teen
Health Plan         631-854-9597

**CASE NAME / AND ADDRESS**

J/CU/

RUDOLPH ERNEST
101 SEYMOUR LANE
MEDFORD, NY 11763

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

### PUBLIC ASSISTANCE

This is to tell you that your public assistance will be DISCONTINUED.  You will no
longer get public assistance beginning February 1, 2007.

This is because we have determined that you willfully did not complete the
following employment requirement(s):

You did not REPORT TO OR CONTACT THE DEPT OF LABOR FOR A SCHEDULED APPOINTMENT ON
11/21/06 on or by November 21, 2006.  We told you about this ahead of time.

We have decided that you willfully and without a good reason failed or refused to
comply with the requirement to REPORT TO OR CONTACT THE DEPT OF LABOR FOR A
SCHEDULED APPOINTMENT ON 11/21/06.

You did not respond within 7 days to the conciliation letter that you were sent or
given.

Your public assistance sanction will continue for 90 days.  It will also continue
until you demonstrate that you are willing to comply with employment or training
rules.  You may apply for a cash grant at any time, but you cannot get a cash
grant before May 2, 2007.  When you apply for the cash grant, you must be willing
to comply.  In order to prevent a delay in getting cash assistance again you
should reapply by March 19, 2007.

This decision is based on Regulation(s) 18 NYCRR 385.12.

### YOUR TIME LIMIT COUNT

This count is for your information only.  At the time this notice is sent, you
receive assistance through the Cash Safety Net Assistance program (Cash SNA).

YOUR 24-MONTH TIME LIMIT COUNT IS 20 MONTHS.

CONTINUED ON THE NEXT PAGE ...

XL218C (08/97)    **NOTICE NUMBER    : U471NS2173        Page:  2**

Unless you are exempted from the time limit, you may receive no more than <u>24 months</u> of cash SNA in your lifetime.  If you still need assistance after your 24-Month Time Limit Count reaches 24 months, you must receive that assistance in non-cash form.

## FOOD STAMPS

You have not been getting food stamps in this case.  If you want to see if you can get food stamps, you can apply at any time.

## MEDICAL ASSISTANCE

If you are receiving Medical Assistance, we will continue Medical Assistance coverage unchanged for:

| Name | Client I.D. # |
|------|---------------|
| ERNEST RUDOLPH | AB53944R |

These persons will continue to be entitled to full services under the Medical Assistance Program.

This decision is based on Regulation 18 NYCRR 360-2.6.

## SERVICES AND OTHER INFORMATION

### Your NYS Common Benefit Identification Card:

You should have a New York State Common Benefit Identification card.  Even though you are no longer eligible for benefits, keep your card in a safe place.  The same card will be used again if you become eligible for benefits in the future.

Social Services may provide information and education about family planning for up to 90 days from the effective date stated in this notice.

A loss of Public Assistance and Medical Assistance benefits will require a redetermination of your eligibility for social services within 30 days of such a decision.  This does not necessarily mean that these services will be terminated. It means that your continuing eligibility for these services will have to be redetermined.  For further information, please contact your services worker or call the general telephone number listed on page 1 of this notice.

**HEAP:**  Although you may no longer be eligible for Public Assistance, Food Stamps, or Medical Assistance, you still may be eligible for assistance with your heating costs by applying for the Home Energy Assistance Program (HEAP).  Information on HEAP can be obtained by calling the general telephone number as listed on page 1 of this notice.

**CONTINUED ON THE NEXT PAGE ...**

XL218C (08/97)                     NOTICE NUMBER    : U471NS2173        Page:  3

---

### CONFERENCE AND FAIR HEARING SECTION

#### DO YOU THINK WE ARE WRONG?

If you think our decision was wrong, you can request a review of our decision.  If we made a mistake, we will correct it.  You can do both of the following:

1. Ask for a meeting (conference) with one of our supervisors; and
2. Ask for a State fair hearing with a State hearing officer.

#### CONFERENCE (Informal meeting with us)

If you think our decision was wrong or if you do not understand our decision, or need additional information about the reason for our decision, please call us to arrange a meeting.  To do this, call the conference telephone number listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice.  Sometimes this is the fastest way to solve any problems you may have.  We encourage you to do this even when you have asked for a fair hearing.

If you **only** ask for a meeting with us, we will not keep your benefits the same while you appeal.  **Your benefits will stay the same only if you ask for a State fair hearing.  (See Keeping your Benefits the Same)**

#### STATE FAIR HEARING

**Deadline for Requesting a Fair Hearing**

If you want the State to review our decision about your public assistance, you must ask for a fair hearing by **February 28, 2007**.  This is the deadline even if you asked for a meeting (conference) with us.

If you want the State to review our decision about your medical assistance, you must ask for a fair hearing by **February 28, 2007**.  This is the deadline even if you asked for a meeting (conference) with us.

**Keeping your Benefits the Same**

We will not change your public assistance if you ask for a fair hearing about the action we are taking on your public assistance by **January 31, 2007**.

If you lose the hearing you will have to pay back any public assistance  which you got, but should not have gotten, while you were waiting for the decision.

If you do not want your benefits to stay the same until the decision is issued, you must tell the State when you write or call for a fair hearing.

**How to Request a Fair Hearing**

You can ask for a fair hearing in writing, by fax or by telephone or electronically.

    **WRITE:**   Complete the "tear-off" Request for a Fair Hearing at the bottom of this page and send it to the address on the bottom of the next page.

  **OR CALL:**  **(800) 342-3334.**

           **When you call, please tell the worker the number of this notice which is U471NS2173.**

  **OR FAX:**    Send a copy of this notice to fax number (518) 473-6735

  **OR ONLINE:**  Complete the online request form at:
             http://www.otda.state.ny.us/oah/forms.asp

**(Read the next page for more of your Rights)**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

#### REQUEST FOR A FAIR HEARING

    I want a fair hearing.  I do not agree with the agency's action.  (You may explain why you disagree below, but you do not have to include a written explanation.)

_____

_____

_____

Name    :  **RUDOLPH ERNEST**                District No:  **47**
Address :  **101 SEYMOUR LANE**           Notice No. :  **U471NS2173**
          **MEDFORD, NY 11763**           Case Number:  **P00L01054**
                                Telephone  :

/_/  I do not want to "keep my benefits the same" until the Fair Hearing decision is issued.
     **ONLY USE THIS TEAR-OFF TO REQUEST A HEARING ABOUT THIS NOTICE.**

---

CONTINUED ON THE NEXT PAGE ...

XL218b (09/97)                    **NOTICE NUMBER    : U471NS2173**        Page:  4

**If you cannot reach the State electronically, by phone or fax, please write to request a fair hearing before the deadline for requesting a fair hearing.**

**What to Expect at a Fair Hearing**

The State will send you a notice which tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong.  You can bring a lawyer, a relative or a friend or someone else to help you do this.  If you cannot come yourself, you can send someone to represent you.  If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers which explain why we are wrong.

To help you explain at the hearing why you think our decision is wrong, you should bring any witnesses who can help you.  You should also bring any papers you have such as:  Pay stubs, Leases, Receipts, Bills, Doctor's Statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case.

## LEGAL ASSISTANCE

If you think you need a lawyer to help you with this problem, you may be able to obtain a lawyer at no cost to you by contacting:
    NASSAU/SUFFOLK LAW SERVICES COMMITTEE, INC., 313 WEST MAIN ST, RIVERHEAD, NY 11901
    Telephone: (631) 369-1112
    NASSAU/SUFFOLK LAW SERVICES, 1757 VETERANS HIGHWAY, SUITE 50, ISLANDIA, NY 11722
    Telephone: (631) 232-2400

For the names of other lawyers check your Yellow Pages under "LAWYERS".

## ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS

To help you get ready for the hearing, you have a right to look at your case file.  If you call or write to us, we will provide you with free copies of the documents from your file which we will give to the hearing officer at the fair hearing.  Also, if you call or write to us, we will provide you with free copies of other documents from your file which you think you may need to prepare for your fair hearing.  To ask for documents or to find out how to look at your file, call us at the Record Access telephone number listed at the top of page 1 of this notice or write us at the address printed at the top of page 1 of this notice.

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

## INFORMATION

If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the telephone numbers listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice.


          Send this "Request for a Fair Hearing" to:


          The Office of Administrative Hearings
          New York State Office of Temporary and Disability Assistance
          P.O. Box 1930
          Albany, New York 12201



NOTICE NUMBER    : U471NS2173          Page:  5

## NOTICE OF POTENTIAL ELIGIBILITY  FOR TRANSITIONAL CHILD CARE

If you are working, you may be able to get help paying for your child care.  Read the rest of this notice to learn how!

### What is Transitional Child Care?

The Transitional Child Care guarantee provides money to help working families pay for their child care costs. This child care assistance helps families to afford child care for their children while they work.  Families may be eligible to receive Transitional Child Care Assistance for up to 12 months after they become ineligible for Temporary Assistance (TA).

### Who can get Transitional Child Care?

Working families who were receiving TA, but became ineligible when their income increased.
Working families who were receiving guaranteed child care instead of TA, can receive Transitional Child Care once their income makes them ineligible for TA.

### Other requirements are:

your family's income cannot exceed certain limits;
you must have been on TA in 3 out of the last 6 months, or  have received child care assistance, instead of, in 3 out of the last 6 months;
your child must be under the age of 13, and need day care so you can go to work; and
you receive court-ordered child support, are actively pursuing support through the  Child Support Enforcement Program, are trying to get court -ordered support through other means, or have been determined to have good cause not to actively seek child support

### How do you get Transitional Child Care?

Your worker should determine your eligibility for Transitional Child Care before your TA or guaranteed child care case is closed.  The caseworker cannot ask or require you to complete a new application.  However, they may need some additional information from you in order to find out if you are eligible.  **Ask your caseworker if you are eligible for Transitional child Care.**

### How much will it cost?

Each family pays a portion of the child care cost each month.  The amount you pay depends on the size of your family and your income. If your provider charges above market rate you will also have to pay the difference between what your provider charges and market rate.

6

## Who can care for your child?

You have the right to choose any child care that is legal.  This includes:

- licensed or registered day care centers
- licensed group family day care
- friends, neighbors and relatives, who are enrolled with the local department of social services
- registered school age child care programs
- registered family day care homes
- caregivers of legally-exempt group child care such as summer day camps that are enrolled with the local department of social services

Your local department of social services or your Child Care Resource and Referral agency can help you find child care.

## What are your responsibilities under Transitional Child Care?

In order to continue to receive benefits you must:

- pay your family share on time;
- notify your caseworker immediately, of any changes that might affect your eligibility for child care.  Some of these changes include: where you are living, who is living in your household, your work schedule, your employer, your child care needs, your child care provider and your family's income;
- complete and return to your caseworker any information he or she needs to determine your continued eligibility;
- actively pursue child support, unless you have been determined to have good cause not to actively pursue support; and
- continue to use a legal child care provider

## When will you stop receiving Transitional Child Care?

Your Transitional Child Care will be stopped if:

- you are not fulfilling your responsibilities listed above; or
- at the end of the twelve month eligibility period; or
- if you quit your job without good cause; or
- when child care is no longer needed to allow you to work; or
- if your income exceeds the maximum allowed for your family size; or
- when your child reaches the age of 13.  However, if your child has special needs or is under court supervision your worker can tell you if there may be other child care programs that can help you.

```
WINQ37           PENDING CASE MAKE-UP          Date 02/06/2007        Page 1 of 1
  Case P00L01054  Type SN-CSH   Stat CLOSED   Pend AT-REA          Auth 11622863
  Dist SUFF  L-Off C   Unit C4118 Worker         Auth-Period 10/01/06-03/31/07
  Fiscal 47     SP-Code   CCRS            SCN                    MA Ext/Sep Det
  Name    RUDOLPH ERNEST
  Address 101 SEYMOUR LANE
          MEDFORD            NY     11763                    App-Date 01/25/06
  Phone                                       Registry         Version

                        INDIVIDUAL INFORMATION
Last Name       First    M   DOB    Sex  SSN         Cin    Status Relat    SC
RUDOLPH         ERNEST       07/27/1970 M 8-114724470 AB53944R ACT    APP-PY
```

```
'WINQ05    CASE ADDRESS HISTORY              Date 02/06/2007   Page  1 of 2
 Case P00L01054  Type SN-CSH   Stat CLOSED   Pend AT-REA        Auth 11610466
 Name RUDOLPH ERNEST              Dist SUFF  Loc-Off C   Unit C4118 Wkr
```

                  Residence Address                        Valid From-To

```
 Street 101 SEYMOUR LANE                        10/18/2006-
 City    MEDFORD           St NY   Zip 11763
 Care of

 Street 7 BARBARA LANE                          10/05/2006-10/17/2006
 City    MEDFORD           St NY   Zip 11763
 Care of

 Street 86 NORFLEET LANE                        03/27/2006-10/04/2006
 City    CORAM             St NY   Zip 11727
 Care of

 Street 84 NORTHFLEET LANE                      01/27/2006-03/26/2006
 City    CORAM             St NY   Zip 11727
 Care of
```

                        Press F4 to see Mailing Addresses

```
'WINQO5     CASE ADDRESS HISTORY              Date 02/06/2007    Page  1 of 1
 Case P00L01054  Type SN-CSH   Stat CLOSED   Pend AT-REA              Auth 11610466
 Name RUDOLPH ERNEST              Dist SUFF  Loc-Off C    Unit C4118 Wkr
```

            Mailing Address                          Valid From-To

 Street 98 HOMESTEAD DRIVE                  08/04/2006-10/04/2006
 City   CORAM           St NY  Zip 11727
 Care of




                    Press F4 to see Residence Addresses

# COUNTY OF SUFFOLK



**STEVE LEVY**
**SUFFOLK COUNTY EXECUTIVE**

<table>
<tr><td>

ROBERT W. DOW, JR.
COMMISSIONER
DEPARTMENT OF LABOR
725 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, N.Y. 11788
</td><td>

ADDRESS CORRESPONDENCE TO:
P.O. BOX 1319
SMITHTOWN, N.Y. 11787-0895
e-mail:sc.dol@suffolkcountyny.gov
FAX # (631) 853-6510
www.suffolkcountyny.gov/labor
</td></tr>
</table>

**Ernest Rudolph**
**101 Seymour Lane**
**Medford, NY 11763**

Case #:    **SNL01054**

Date:    **November 6, 2006**

Dear Participant:

With regard to your participation in the "Suffolk Works" Employment Program (SWEP), an assessment appointment at the Suffolk County Department of Labor (SCDOL) has been scheduled for you as follows:

**Appointment Date:**    **November 21, 2006**    **Time:**    **1:00PM**

**Location: 395 Oser Avenue, Hauppauge, New York 11788**

If you need to request a change in your scheduled appointment date or time, please contact our office at (631) 853-3820 or (631) 853-3692. If you are employed full time (30 hours or more per week, and receive $6.75 or more per hour), you may be excused from this appointment by having your employer complete the *Participant Employment Confirmation* form on the reverse side of this letter **or** by submitting four (4) consecutive pay stubs. **The Participant Employment Confirmation form must be signed by your employer and returned to our office by the above appointment date.** Our fax number is (631) 853-3882.

**Remember that this appointment is a mandatory SWEP requirement and your failure to comply may result in the loss or reduction of your public assistance funds.**

Please bring this letter with you when you report to our office.

**NOTE:** Be advised that in accordance with Suffolk County Local Law (15-93), you may be referred for a workfare assignment at the time of this interview.

Very truly yours,

Michael Dennington, Director
SWEP Unit
Administrative Services

MD:dk

**SWEP Reassessment Appt.**
**Oser (9-03)**



# SUFFOLK COUNTY DEPARTMENT OF LABOR

EMPLOYEE: _____ CASE #: _____ SOCIAL SECURITY NUMBER: _____

## PARTICIPANT EMPLOYMENT CONFIRMATION

**NOTICE:** If you are employed full-time (30 hours or more per week, <u>and</u> receive $6.75 or more per hour) you <u>may be</u> excused from attending this specific appointment by having your <u>employer</u> complete the following information:

### Please have your employer provide the following information (PLEASE PRINT CLEARLY)

COMPANY NAME: _____

ADDRESS OF EMPLOYER: _____

COMPANY TELEPHONE #: _____ START DATE: _____

JOB TITLE: _____ HOURLY WAGE: $_____ HOURS PER WEEK: _____

### EARNINGS FOR ALL WEEKS OF EMPLOYMENT (TO BE COMPLETED BY EMPLOYER):

| Pay Period | | GROSS PAY | TIPS | EARNED INCOME TAX CREDIT (EITC) | BONDS, SAVINGS, IRA | NYS DISAB. OR PRIVATE | OTHER (SPECIFY) | |
|---|---|---|---|---|---|---|---|---|
| From | To | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Circle the days of the week employee works | | | | | | | |
|---|---|---|---|---|---|---|---|
| Indicate time worked each day (i.e. 9am – 5pm) | MON | TUES | WED | THUR | FRI | SAT | SUN |
| Circle the day of the week that the employee is paid | | | | | | | |
| Circle the appropriate payment schedule | MON | TUES | WED | THUR | FRI | SAT | SUN |
| | Weekly | | Bi-Weekly | | Monthly | | |
| Indicate the Employee's First and Last Pay Date? | First: | | | | Last: | | |
| Last Date of Employment if No Longer Employed: _____ | If Employee No Longer Works For You Why? (Circle One) Voluntarily Left  Temporary Worker  Layoff  Discharge Other (State Reason): _____ | | | | | | |

IS HEALTH INSURANCE AVAILABLE?   Yes   No      If "Yes", Please indicate name of Insurance Carrier: _____

POLICY #: _____      GROUP #: _____

IS THIS JOB COVERED BY UNEMPLOYMENT INSURANCE (UIB)?   Yes   No

IS THE EMPLOYEE A UNION MEMBER?  Yes   No      IF "YES, PLEASE INDICATE THE UNION NAME AND LOCAL #: _____

PLEASE CIRCLE EITHER 1,2,3 OR 4 BELOW TO IDENTIFY THE TYPE OF EMPLOYMENT SECTOR THAT INCLUDES THE JOB:

1. SUBSIDIZED PUBLIC      2. SUBSIDIZED PRIVATE      3. UNSUBSIDIZED PUBLIC   4.UNSUBSIDIZED PRIVATE

EMPLOYER'S SIGNATURE: _____      DATE: _____

EMPLOYER'S NAME & TITLE: _____

LOCAL JOB SITE CONTACT PERSON: _____

## YOU MUST RETURN THIS FORM NO LATER THAN THE SCHEDULED APPOINTMENT DATE INDICATED ON THE REVERSE SIDE. IF MAILED, IT SHOULD BE SENT TO THE ADDRESS BELOW:

**SUFFOLK COUNTY DEPARTMENT OF LABOR**
**SUFFOLK WORKS EMPLOYMENT PROGRAM (SWEP)**
**P.O. Box 1319**
**Smithtown, New York  11787-0895**
**HAUPPAUGE FAX #: (631) 853-3882 / RIVERHEAD FAX #: (631) 852-3604**

PEC
DOL-W24 (12/05)

LDSS-4230 (Rev. 10/06)

## CONCILIATION NOTIFICATION

| | | | |
|---|---|---|---|
| **Notice Date:** | December 8, 2006 | **District Office:** | Suffolk County Department of Social Services DSS Compliance Unit P.O Box 18100 Hauppauge, NY 11788-8900 Commissioner Janet DeMarzo |
| **Case Number:** | P00L01054 | **CIN/RID Number:** | AB53944R |

**Noncompliant Name and Address:**   ERNEST RUDOLPH
101 SEYMOUR LANE
MEDFORD, NY 11763

**Office:**   Suffolk County Department of Social Services

**Unit:**   DSS Compliance Unit-Referred for Non-Compliance

**Worker:**   T. Bongiorno

**Phone:**   (631) 853-3629

**Notice:  This notice may affect your household's temporary assistance and food stamp benefits.  We believe you have willfully refused or failed to comply with a work requirement.  You must contact the district by the date mentioned below to explain why you did not comply with work requirements, or the temporary assistance and/or food stamp benefits for your household may be reduced or discontinued.**

We believe you have willfully **FAILED TO REPORT TO OR CONTACT DEPT. OF LABOR FOR SCHEDULED APPOINTMENT** on November 21, 2006.  **You have until December 15, 2006, to contact this agency at (631) 853-3629 to speak to T. Bongiorno.**

If you **do** contact this agency by the date noted above, you will be given a chance to explain the reason(s) why you did not cooperate. It will be your responsibility to give reason(s) why you did not cooperate and to show us any evidence which helps explain what happened. Some examples of good reasons for not complying with a work requirement may include, but are not limited to:

- You or your child were sick on the day of the work activity and you have a doctor's statement to verify the illness;
- You had a household emergency and can document the emergency;
- You did not have childcare for your child who is under the age of 13 and you can document that you made an attempt, but could not make alternative arrangements for childcare on the day you were assigned; or,
- You were unable to participate due to a domestic violence situation.

You will also have the opportunity to submit evidence of physical or mental health limitations so we can determine whether or not you should be exempt from work requirements, if you contact this agency before the date noted above. Evidence that you have the right to submit for consideration could include a statement from your doctor or medical professional providing

care or other papers that explain your situation.

Unless we reach agreement about your participation, we will review your explanation, along with any other relevant information, and make a final determination. We will notify you of our decision.

If you **do not** contact this agency, we will look at the evidence we have and decide whether or not to sanction you and reduce or discontinue your temporary assistance and food stamp benefits.

/4

| NAME | SSN | DOB | CIN/APP REG | DISTRICT | FOLDER STATUS: ACTIVE | ACTIVATION DATE: 1/28/2006 |
|---|---|---|---|---|---|---|
| ERNEST RUDOLPH | 114724470 | 7/27/1970 | AB53944R | SUFF | | |

| | | | | | Assign Status: Assigned |
|---|---|---|---|---|---|
| | | | | | Off:    Unit:    User: C Henry |

| Case Num: P00L01054 | Case Type: SNCA-IND | Parents 1T | Case Status: CL | Ind. Status: CL | Folder Clockdown Date: 06/01/2007 | WMS Clockdown Date: |
|---|---|---|---|---|---|---|

## Noncompliance Update

| | | | |
|---|---|---|---|
| Reference: | Referral Feedback - Enroll in an Activity | Internal Notification Sent? | No |
| Activity: | WK-EXP | Component/Occupational Area: | None |
| Incidence Date: | 11/21/2006 | Confirmation Date: | 11/22/2006 |
| Status: | Aid to Continue, Fair Hearing Pending | Status Effective Date: | 02/06/2007 |
| Reason: | Other | | |

Other Reason Text: (will appear in Conciliation Letter)
FAILED TO REPORT TO OR CONTACT DEPT. OF LABOR FOR SCHEDULED APPOINTMENT
Optional Incidence Date Replacement Text:
Comments: (will not appear in letters)

---

### Conciliation Information

| | | | |
|---|---|---|---|
| Conciliation Notice Sent Date: | 12/08/2006 | Client Conciliation Response Due Date: | 12/15/2006 |
| Actual Conciliation Response Date: | | | |
| Conciliation Response: | No Response | | |
| Conciliation Notice Response Comments: | | | |

---

### Conciliation Response Information

| | | | |
|---|---|---|---|
| Client Resolution Due Date: | | Interview Date: | |
| Actual Resolution Date: | 12/19/2006 | Interview Time: | |
| Conciliation Comments: | | | |

---

### Good Cause Determination / Dispute Resolution Information (if applicable)

| | | | |
|---|---|---|---|
| Good Cause Result: | Not Established | | |
| Good Cause Comments: | | | |
| Client's non-compliance was willful and without good cause. | | | |
| Dispute Request Date: | | Dispute Meeting Date: | |
| Dispute Notification Date: | | | |
| Dispute Resolution Comments: | | | |

---

### Define Sanction / FS Notice of Adverse Action Information

| | |
|---|---|
| Sanction or FS Notice Sent Date: | Sanction Effective Date: |
| Fair Hearing Date: | Fair Hearing Results: |
| Option to End Sanction Letter Sent Date: | |

Suffolk County Department of Social Services
395 Oser Avenue
Hauppauge, New York 11788
Tel. # (631) 853-3664
Fax# (631) 853-2420

**Compliance Unit**

# Fax

| | | | |
|---|---|---|---|
| **To:** Tara | | **From:** Jenn C/u | |
| **Fax:** | | **Pages:** 6 + Cover | |
| **Phone:** 853-6778 | | **Date:** 12-28-06 | |

**Re:** please have Mr. Rudolph Sign & Rt copy to me -Thanks

☐ Urgent    ☐ Please Reply ASAP    ☐ Please Comment    ☐ For Review

200 L01054

16

XL0218, (09/97)                    NOTICE NUMBER    : U471NS2173          Page:  1        *****

SUFFOLK COUNTY DSS                         NOTICE OF DECISION ON YOUR
COMPLIANCE UNIT                            PUBLIC ASSISTANCE, FOOD STAMPS AND
PO BOX 18100                               MEDICAL ASSISTANCE.
HAUPPAUGE, NY 11788

                                           SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
                                           EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
                                           CON SU TRABAJADOR(A).

| NOTICE NUMBER: U471NS2173 | DATE: December 28, 2006 | CASE NUMBER: P00L01054 |
|---|---|---|

| OFFICE J | UNIT CU | WORKER | UNIT OR WORKER NAME COMPLIANCE UNIT | TELEPHONE NO. 631-853-3664 |
|---|---|---|---|---|

### AGENCY TELEPHONE NUMBERS

GENERAL TELEPHONE NO.
FOR QUESTIONS        631-853-3664
OR HELP

OR  Agency Conference   631-853-3664

    Fair Hearing
    information and
    assistance          631-342-3334

    Record Access       631-853-3664

    Child/Teen
    Health Plan         631-854-9597

**CASE NAME / AND ADDRESS**

J/CU/

||.|..||..|||..|..|.||..|..||..|.||
RUDOLPH ERNEST
101 SEYMOUR LANE
MEDFORD, NY 11763

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

## PUBLIC ASSISTANCE

This is to tell you that your public assistance will be DISCONTINUED.  You will no
longer get public assistance beginning February 1, 2007.

This is because we have determined that you willfully did not complete the
following employment requirement(s):

You did not REPORT TO OR CONTACT THE DEPT OF LABOR FOR A SCHEDULED APPOINTMENT ON
11/21/06 on or by November 21, 2006.  We told you about this ahead of time.

We have decided that you willfully and without a good reason failed or refused to
comply with the requirement to REPORT TO OR CONTACT THE DEPT OF LABOR FOR A
SCHEDULED APPOINTMENT ON 11/21/06.

You did not respond within 7 days to the conciliation letter that you were sent or
given.

Your public assistance sanction will continue for 90 days.  It will also continue
until you demonstrate that you are willing to comply with employment or training
rules.  You may apply for a cash grant at any time, but you cannot get a cash
grant before May 2, 2007.  When you apply for the cash grant, you must be willing
to comply.  In order to prevent a delay in getting cash assistance again you
should reapply by March 19, 2007.

This decision is based on Regulation(s) 18 NYCRR 385.12.

## YOUR TIME LIMIT COUNT

This count is for your information only.  At the time this notice is sent, you
receive assistance through the Cash Safety Net Assistance program (Cash SNA).
YOUR 24-MONTH TIME LIMIT COUNT IS 20 MONTHS.

1193        01U067                        CONTINUED ON THE NEXT PAGE ...

```
WBGTPA    ** PA BUDGET **        VERSION  4              DIST SUFF 12/26/2006
  CASE NAME                    CASE NO.   OFC  UNIT  WORKER  TRAN  CASE  IVD
  RUDOLPH ERNEST               P00L01054   C   C4118          05    16
  HH CA DP-HH DP-CA HC LF PI SI PSP PSF   ********* EARNED INCOME ********
  01 01           01                       #   LN 30I 30M SRC FRQ  D  HRS CCR
  TY R        ACTUAL   ALLOW               1:
       BASIC            4500               2:
       ENRGY               0  **** OTHER INCOME   ****       0  GROSS          0
       SPMNT               0  LN SRC F  AMOUNT EXEMPT        0  TAXES          0
  04 X SHELT   44600   44600               0      0         0  NYS DIS        0
       WATER      0        0               0      0         0  WORK EXP       0
   0   FUEL                0               0      0         0  EXEMPT         0
       OTHER      0        0  TOTAL NET           0         0  CH CARE        0
       OTHER      0        0  $$$$ PA GRANT $$$$$           0  CH CARE        0
       OTHER      0        0  TOTAL NEEDS     49100         0  CH CARE        0
       TOTAL NEEDS     49100  TOTAL INC           0         0  DISREGARD      0
  ******** RECOUPMENT *********  CD / AMT  D   49100         0  TOT DED        0
  TY BALANCE    %   MO  AMT   REM  RECOUPMENT       0        0  UNAVAIL        0
           0 00.0        0     0  UTIL/RES          0        0  NET INC        0
           0 00.0        0     0  SHELT/RES     44600
           0 00.0        0     0  RESTRICTED        0  * EFFECTIVE DATE *
  RECALC      00.0        0       SEMI CASH      2250  110106 TO 033107
  FS CASE NO.                     SEMI N-CASH       0  DATE STORED 10/17/2006
  AUTHORIZATION REPORT SCHEDULED
```

2)

```
LCRDP2                    CASE RECORD OF ASSISTANCE              PAGE  1 OF MM
  DATE 020607             ISSUED DIRECT PAYMENTS LIST

  CASE NUMBER P00L01054           CASE NAME RUDOLPH ERNEST

  ISS-DT BENEFIT-NUMBER                                          ** CAMS **
   ADJ-DT  ADJ-TYPE  PT MP AMOUNT IS PERIOD-COVERED RC CT CA SP SF EN AR RCP REF

  011607 470003459480 05 01   22.50 1 011607-013107  03 16 16      N
  010107 470003453488 05 01   22.50 1 010107-011507  03 16 16      N
  121606 470003448410 05 01   22.50 1 121606-123106  03 16 16      N

  120106 40719075     40 09  446.00 1 120106-123106  00 16 16      N
                                          VENDOR-ID:  1271767
  120106 470003442107 05 01   22.50 1 120106-121506  03 16 16      N
  111606 470003436945 05 01   22.50 1 111606-113006  03 16 16      N

  110906 470003432911 H1 01   50.00 2 100106-093007  03 16 60   H  N
  110306 5935074      40 09  446.00 2 110106-113006  00 16 16      N
                                          VENDOR-ID:  1271767
  110306 470003426408 69 01   22.50 2 110106-111506  03 16 16      N

  FOR DETAIL INFORMATION, ENTER BENEFIT NUMBER:^^^^^^^^^^^^        XMT ^
```

22

| NAME | SSN | DOB | CIN/APP REG | DISTRICT | FOLDER STATUS: ACTIVE | ACTIVATION DATE: 1/28/2006 |
|------|-----|-----|-------------|----------|------------------------|----------------------------|
| ERNEST RUDOLPH | 114724470 | 7/27/1970 | AB53944R | SUFF | | |

| | | | | | Assign Status: Assigned |
|--|--|--|--|--|--|
| | | | | | Off:    Unit:    User: C Henry |

| Case Num: P00L01054 | Case Type: SNCA-IND | Parents 1T | Case Status: CL | Ind. Status: CL | Folder Clockdown Date: 06/01/2007 | WMS Clockdown Date: |
|---------------------|---------------------|------------|-----------------|-----------------|-----------------------------------|---------------------|

## CLIENT NOTES

| DATE CREATED | CREATED BY/ LAST UPDATED | Case Type/ Case Number | SUBJECT/NOTE |
|--------------|--------------------------|------------------------|--------------|
| 02/06/2007 | Linda Polito 02/06/2007 | SNCA-IND P00L01054 | **Subject:** Fair Hearing #4719828K w/ATC Client requested Fair Hearing #4719828K with regards to 11/21/06 non-compliance. Aid to continue implemented retroactive to 2/1/07. |
| 02/06/2007 | Donna Kiezel 02/06/2007 | SNCA-IND P00L01054 | **Subject:** FAIR HEARING ORIGINAL FILE TO DSS FOR FAIR HEARING. DUPLICATE FILE TO CAROL HENRY. |
| 01/10/2007 | Alice Brown 01/10/2007 | SNCA-IND P00L01054 | **Subject:** Fair Hearing Results Client defaulted FH#4659939Q however, the agency withdrew the hearing on 11/20/06. Current sanction in place effective 2/1/07 - 5/1/07 WE1, for non-compliance on 11/21/06. |
| 12/27/2006 | Jennifer Liss 12/27/2006 | SNCA-IND P00L01054 | **Subject:** SANCTIONED PA WE1 02/01/07 - 05/01/07; CLIENT FTR FOR A DOL SECHEDULED APPOINTMENT ON 11/21/06. |
| 11/29/2006 | Donna Kiezel 11/29/2006 | SNCA-IND P00L01054 | **Subject:** NON-COMPLIANCE ROTOPA SN. FAILED TO REPORT TO OR CONTACT DEPT. OF LABOR FOR SCHEDULED APPT. ON 11/21/06. DUPLICATE FILE ASSIGNED TO DSS COMPLIANCE UNIT FOR CONCIL. |
| 11/14/2006 | Lesley Finnegan 11/14/2006 | SNCA-IND P00L01054 | **Subject:** P00 TICKLER STATUS 11/4/2006 TICKLER PA Individual Status for case P00L01054 has changed from 20 to 07. 11/1/2006 TICKLER PA Individual Status for case P00L01054 has changed from 07 to 20. |
| 11/03/2006 | Marie Daleo 11/03/2006 | SNCA-IND P00L01054 | **Subject:** Assessment Appointment: Client is scheduled for an Assessment appointment on 11/21/06, file assigned to Assessment. |
| 11/03/2006 | Marie Daleo 11/03/2006 | SNCA-IND P00L01054 | **Subject:** TICKER ADDRESS CHANGES: 10/19/2006 TICKLER RESIDENTIAL address for case P00L01054 has changed from 7 BARBARA LANE MEDFORD NY, 11763 to 101 SEYMOUR LANE MEDFORD, NY 11763. 10/6/2006 TICKLER RESIDENTIAL address for case P00L01054 has changed from 86 NORFLEET LANE CORAM NY, 11727 to 7 BARBARA LANE MEDFORD, NY 11763 |
| 11/03/2006 | Carol Henry 11/03/2006 | SNCA-IND P00L01054 | **Subject:** Schedule in Client has been granted ATC and is code 16. Assigned file to DOL scheduling unit for ATC appt. |
| 11/02/2006 | Nilsa Romard 11/02/2006 | SNCA-IND P00L01054 | **Subject:** Fair Hearing Client requested Fair Hearing #4659939Q regarding 08/17/06 non compliance issue. Aid to continue authorized retro to 11/01/06. |
| 10/19/2006 | Jennifer Liss | SNCA-IND | **Subject:** SANCTIONED |

| | 10/19/2006 | P00L01054 | PA WE1 11/01/06 - 01/29/07. CLIENT FAILED TO PARTICIPATE IN AN ASSIGNED WORK ACTIVITY ON 08/17/06 AS SCHEDULED OR FTR BACK TO DOL BY 3:00PM THE NEXT BUSINESS DAY. |
|---|---|---|---|
| 08/24/2006 | Marianne Bailey 08/24/2006 | SNCA-IND P00L01054 | **Subject:** Non-Compliance ROTOPA SN. FAILED TO BEGIN WORKSITE ASSIGNMENT (CREW #1) ON 8/17/06 AS SCHEDULED OR DOL BY 3PM ON 8/18/06. FILE ASSIGNED TO SWEP FOR CONCILIATION. |
| 08/23/2006 | Carolyn Hassett 08/23/2006 | SNCA-IND P00L01054 | **Subject:** Referred to non-compliance Client FTR/FTC worksite for an interview for enrollment in work experience, Crew #1, on 8/17/06 or to DOL by 3 pm on 8/18/06. Referred to non-compliance. |
| 08/23/2006 | Carolyn Hassett 08/23/2006 | SNCA-IND P00L01054 | **Subject:** status-ticklers 7/12/2006 TICKLER Employability Code for case P00L01054 has changed from 70 to 16. 3/28/2006 TICKLER RESIDENTIAL address for case P00L01054 has changed from 84 NORTHFLEET LANE CORAM NY, 11727 to 86 NORFLEET LANE CORAM, NY 11727. 1/28/2006 TICKLER PA Individual Status for case P00L01054 has changed from 07 to 20. 1/28/2006 TICKLER PA Individual Status for case P00L01054 has changed from 20 to 07. |
| 08/15/2006 | Michael Dennington 08/15/2006 | SNCA-IND P00L01054 | **Subject:** Referral to Crew QC'd referral package; case file to W/E crew. |
| 08/11/2006 | Linda Polito 08/11/2006 | SNCA-IND P00L01054 | **Subject:** RESCIND The Compliance Unit is FTR/FTC DOL for SN Registration 7/10/06. |
| 08/10/2006 | Stephen Donnelly 08/10/2006 | SNCA-IND P00L01054 | **Subject:** Crew Referral Clt. is coded 16 as per CMS. Completed assessment. Clt. has a very low IQ and WRAT test was not administered. Clt. is full-time employable with limitations in understanding and remembering complex instructions. Referred to Crew #1 with a start date of 08/17/06. Clt. will participate 18 HPW and make five job contacts per week. Issued six tokens. Clt. signed paperwork. File to QC/KS. |
| 08/10/2006 | Joann Vetter 08/10/2006 | SNCA-IND P00L01054 | **Subject:** ASSESSMENT APPT CLT TO REPORT FOR SN ASSESSMENT ON 8/10/06. CLT TOLD TO WAIT IN LOBBY UNTIL CALLED BY ASSESSMENT COUNSELOR. |
| 08/10/2006 | Joann Vetter 08/10/2006 | SNCA-IND P00L01054 | **Subject:** REG/ORIENT - RESCIND CLT REPORTED FOR SN REGISTRATION ON 8/10/06 - EC 16. CLT REPORTED FOR CONCIL, NON-COMPLIANCE RESCINDED. ISSUED DYK, TEC FLYER, EITC, EETC, PEC, JOB FAIR TIPS, NO TOKENS. |
| 07/18/2006 | Donna Kiezel 07/18/2006 | SNCA-IND P00L01054 | **Subject:** NON-COMPLIANCE ROTOPA SN. FTR/FTC DOL FOR SN REGISTRATION 7/10/06. FILE ASSIGNED TO SWEP FOR CONCIL. |
| 07/12/2006 | Ronald McPartland 07/12/2006 | SNCA-IND P00L01054 | **Subject:** REGISTRATION FTR ASSIGNED NONCOMPLIANCE FOLDER TO DK FOR FTR TO REG APPT ON 7/10 |
| 07/11/2006 | Kathleen Lepore 07/11/2006 | SNCA-IND P00L01054 | **Subject:** FTR Client FTR for SN Reg. 7/10/06. |
| 07/07/2006 | Lorraine Mattera 07/07/2006 | SNCA-IND P00L01054 | **Subject:** REGISTRATION CLIENT TO BE SN REGISTERED ON 7/10/06 - IM - CMP CENTRAL. |
| 06/20/2006 | Mary Ann Tobias 06/20/2006 | SNCA-IND P00L01054 | **Subject:** EMP Client sched for DOL appt on 7/10/06 with an Ecode of 16. |
| 06/19/2006 | Dolores Lundin | SNCA-IND | **Subject:** EMP |

24

| | | | |
|---|---|---|---|
| | 06/19/2006 | P00L01054 | Scheduled DOL appt 7/10/06 @ 1:30 p.m. |
| 02/23/2006 | Roberta Horowitz | SNCA-IND | **Subject:** cmp |
| | 02/23/2006 | P00L01054 | Clt appeared for appt; referred to IMA for IQ on 3/2/06. |

# ADDENDUM
## SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES

| Division Of Housing Services | #4719828K |
|---|---|
| CENTER | FAIR HEARING NUMBER |

| Jeannette O'Keefe | *Valerie Florido* |
|---|---|
| EXAMINER | SUPERVISOR'S SIGNATURE |

| February 6, 2007 | (631) 854 – 9538 |
|---|---|
| DATE SENT TO FAIR HEARING | PHONE NUMBER |

## FAIR HEARING SUMMARY

**CASE NAME**
Ernest Rudolph

**CATEGORY & NUMBER**
P00L01054

**ADDRESS**
101 Seymour Lane
Medford, New York  11763

## ACTION OR PROPOSED ACTION TAKEN (ATTACHED COPY OF NOTICE)

Division of Housing Services issued a Notice of Intent dated February 5, 2007 discontinuing Temporary Housing Assistance effective February 15, 2007 for the duration of the Appellant's Public Assistance sanction.

## REGULATION OR AGENCY POLICY

18 NYCRR 352.35 b (4) and c (2)

## BRIEF SUMMARY:

Prior to the issuance of the Division of Housing Notice of Intent dated February 5, 2007 there was no action of Temporary Housing discontinuance.  Emergency Services is authorizing Temporary Housing for Appellant.

Public Assistance issued a Notice of Intent dated December 28, 2006 for a three-month sanction and until compliance with employment and training rules.

Temporary Housing Assistance is a Public Assistance benefit provided for eligible homeless individuals and families. The Appellant is not eligible to receive Temporary Housing while sanctioned from Public Assistance.

Distribution:  PA/MA CBA – Original & 3 Copies to Fair Hearing Unit, Copy to File
MA Support Services – Original & 3 Copies to MA Fair Hearing Representative, Copy to File

SCO: IM-503-1 (Revised 1/1993)

# Case Information

__P00L01054__     __Rudolph__          __Ernest__

**Case Activity**

**Center:** C        **CaseType:** PA        **EH Cause:** E

**IncomeType:**        **Income** ☐     **Emp Zip:**        **Amount:**

**Last Street:**   101 Seymore Lane

**Last City:**  Medford              **Last State:**  NY     **Last Zip:**  11763

**School District:**

**Services:**        **Services Worker:**                    **Ext.**

**Date Entered EH:**   02/01/2007    **Date Discharged EH:**    02/05/2007

**Related Case:** ☐     **Related Case Number:**          **SpecialNeeds** ☐

10/16/05 Client has an Nassau app dated 10/13

**Individuals**

| __Last Name__ | __First Name__ | __Sex__ | __DOB__ | __SSN__ | __Relationship__ | __Status__ | __Status Date__ |
|---|---|---|---|---|---|---|---|
| Rudolph | Ernest | M | 07/27/1970 | 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 | Self | | |

# Case Information

**Facility Placement**

| Facility Name | ES | Room No. | Date Entered Facility | Date Disch | Ext Date | Female Adults | Female Age | Male Adults | Male Age | 0 To 1 | 2 To 5 | 6 To 12 | 13 To 18 | Over 18 | Family Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Linkage Cente | ✔ | er | 2/4/2007 | 2/5/2007 | 2/5/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | er | 2/3/2007 | 2/4/2007 | 2/4/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | er | 2/2/2007 | 2/3/2007 | 2/3/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | | 2/1/2007 | 2/2/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/30/2007 | 1/31/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/29/2007 | 1/30/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Penates - Dixon | ✔ | | 1/26/2007 | 1/29/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| C H I / West Main | ✔ | | 1/25/2007 | 1/26/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| C H I / West Main | ✔ | | 1/24/2007 | 1/25/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/23/2007 | 1/24/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Penates - Dixon | ✔ | | 1/19/2007 | 1/22/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | | 1/11/2007 | 1/12/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/10/2007 | 1/11/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/9/2007 | 1/10/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | | 1/8/2007 | 1/9/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 1/7/2007 | 1/8/2007 | 1/8/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 1/6/2007 | 1/7/2007 | 1/7/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 1/5/2007 | 1/6/2007 | 1/6/2007 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ✔ | | 1/1/2007 | 1/2/2007 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 12/25/2006 | 12/26/2006 | 12/26/20 | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 12/24/2006 | 12/25/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 12/23/2006 | 12/24/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | ER | 12/22/2006 | 12/23/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | | 12/21/2006 | 12/22/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | | 12/17/2006 | 12/18/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | er | 12/10/2006 | 12/11/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ✔ | er | 12/9/2006 | 12/10/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Penates - Dixon | ✔ | | 12/6/2006 | 12/7/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Penates - Dixon | ✔ | | 12/5/2006 | 12/6/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pax Christi | ✔ | | 12/4/2006 | 12/5/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pax Christi | ✔ | | 12/1/2006 | 12/4/2006 | | 0 | | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |

# Case Information

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pax Christi | ☑ | | 11/30/2006 | 12/1/2006 | | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pax Christi | ☑ | | 11/2/2006 | 11/3/2006 | | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/9/2006 | 10/10/2006 | 10/10/20 | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/8/2006 | 10/9/2006 | 10/9/200 | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/7/2006 | 10/8/2006 | 10/8/200 | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/6/2006 | 10/7/2006 | 10/7/200 | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pax Christi | ☑ | | 10/5/2006 | 10/6/2006 | | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pax Christi | ☑ | | 10/4/2006 | 10/5/2006 | | 0 | 1 | 36 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ☑ | | 1/24/2006 | 1/25/2006 | | 0 | 1 | 35 | 0 | 0 | 0 | 0 | 0 | 1 |
| Dodson's | ☑ | | 1/23/2006 | 1/24/2006 | | 0 | 1 | 35 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/16/2005 | 10/17/2005 | | 0 | 1 | 35 | 0 | 0 | 0 | 0 | 0 | 1 |
| The Linkage Cente | ☑ | er | 10/15/2005 | 10/16/2005 | | 0 | 1 | 35 | 0 | 0 | 0 | 0 | 0 | 1 |

XL0218 (09/97)

NOTICE NUMBER    : U471NS2173        Page:  1        *****

SUFFOLK COUNTY DSS
COMPLIANCE UNIT
PO BOX 18100
HAUPPAUGE, NY 11788

NOTICE OF DECISION ON YOUR
PUBLIC ASSISTANCE, FOOD STAMPS AND
MEDICAL ASSISTANCE.

SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
CON SU TRABAJADOR(A).

| NOTICE NUMBER: U471NS2173 | DATE: December 28, 2006 | CASE NUMBER: P00L01054 |
|---|---|---|

| OFFICE | UNIT | WORKER | UNIT OR WORKER NAME | TELEPHONE NO. |
|---|---|---|---|---|
| J | CU | | COMPLIANCE UNIT | 631-853-3664 |

| **AGENCY TELEPHONE NUMBERS** | **CASE NAME / AND ADDRESS** |
|---|---|
| GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP    631-853-3664 | |
| OR  Agency Conference    631-853-3664 | J/CU/ |
| Fair Hearing information and assistance    631-342-3334 | վահվահվահվահվահվ RUDOLPH ERNEST 101 SEYMOUR LANE MEDFORD, NY 11763 |
| Record Access    631-853-3664 | |
| Child/Teen Health Plan    631-854-9597 | |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

## PUBLIC ASSISTANCE

This is to tell you that your public assistance will be **DISCONTINUED**.  You will no
longer get public assistance beginning February 1, 2007.

This is because we have determined that you willfully did not complete the
following employment requirement(s):

You did not REPORT TO OR CONTACT THE DEPT OF LABOR FOR A SCHEDULED APPOINTMENT ON
11/21/06 on or by November 21, 2006.  We told you about this ahead of time.

We have decided that you willfully and without a good reason failed or refused to
comply with the requirement to REPORT TO OR CONTACT THE DEPT OF LABOR FOR A
SCHEDULED APPOINTMENT ON 11/21/06.

You did not respond within 7 days to the conciliation letter that you were sent or
given.

Your public assistance sanction will continue for 90 days.  It will also continue
until you demonstrate that you are willing to comply with employment or training
rules.  You may apply for a cash grant at any time, but you cannot get a cash
grant before May 2, 2007.  When you apply for the cash grant, you must be willing
to comply.  In order to prevent a delay in getting cash assistance again you
should reapply by March 19, 2007.

This decision is based on Regulation(s) 18 NYCRR 385.12.

YOUR TIME LIMIT COUNT

This count is for your information only.  At the time this notice is sent, you
receive assistance through the Cash Safety Net Assistance program (Cash SNA).

YOUR 24-MONTH TIME LIMIT COUNT IS 20 MONTHS.

1193        01U067        CONTINUED ON THE NEXT PAGE ...

XL218C (08/97)                    **NOTICE NUMBER**    : U471NS2173        Page:  2

Unless you are exempted from the time limit, you may receive no more than <u>24 months</u> of cash SNA in your lifetime.  If you still need assistance after your 24-Month Time Limit Count reaches 24 months, you must receive that assistance in non-cash form.

## FOOD STAMPS

You have not been getting food stamps in this case.  If you want to see if you can get food stamps, you can apply at any time.

## MEDICAL ASSISTANCE

If you are receiving Medical Assistance, we will continue Medical Assistance coverage unchanged for:

| <u>Name</u> | <u>Client I.D. #</u> |
|-------------|----------------------|
| ERNEST RUDOLPH | AB53944R |

These persons will continue to be entitled to full services under the Medical Assistance Program.

This decision is based on Regulation 18 NYCRR 360-2.6.

## SERVICES AND OTHER INFORMATION

### Your NYS Common Benefit Identification Card:

You should have a New York State Common Benefit Identification card.  Even though you are no longer eligible for benefits, keep your card in a safe place.  The same card will be used again if you become eligible for benefits in the future.

Social Services may provide information and education about family planning for up to 90 days from the effective date stated in this notice.

A loss of Public Assistance and Medical Assistance benefits will require a redetermination of your eligibility for social services within 30 days of such a decision.  This does not necessarily mean that these services will be terminated. It means that your continuing eligibility for these services will have to be redetermined.  For further information, please contact your services worker or call the general telephone number listed on page 1 of this notice.

**HEAP:**  Although you may no longer be eligible for Public Assistance, Food Stamps, or Medical Assistance, you still may be eligible for assistance with your heating costs by applying for the Home Energy Assistance Program (HEAP).  Information on HEAP can be obtained by calling the general telephone number as listed on page 1 of this notice.

CONTINUED ON THE NEXT PAGE ...

XL218C (08/97)

NOTICE NUMBER  : U471NS2173          Page:  3

---

### CONFERENCE AND FAIR HEARING SECTION

#### DO YOU THINK WE ARE WRONG?

If you think our decision was wrong, you can request a review of our decision.  If we made a mistake, we will correct it.  You can do both of the following:

  1. Ask for a meeting (conference) with one of our supervisors; and
  2. Ask for a State fair hearing with a State hearing officer.

#### CONFERENCE (Informal meeting with us)

If you think our decision was wrong or if you do not understand our decision, or need additional information about the reason for our decision, please call us to arrange a meeting.  To do this, call the conference telephone number listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice. Sometimes this is the fastest way to solve any problems you may have.  We encourage you to do this even when you have asked for a fair hearing.

If you **only** ask for a meeting with us, we will not keep your benefits the same while you appeal.  Your benefits will stay the same only if you ask for a State fair hearing.  (See Keeping your Benefits the Same)

#### STATE FAIR HEARING

**Deadline for Requesting a Fair Hearing**

If you want the State to review our decision about your public assistance, you must ask for a fair hearing by **February 26, 2007**.  This is the deadline even if you asked for a meeting (conference) with us.

If you want the State to review our decision about your medical assistance, you must ask for a fair hearing by **February 26, 2007**.  This is the deadline even if you asked for a meeting (conference) with us.

**Keeping your Benefits the Same**

We will not change your public assistance if you ask for a fair hearing about the action we are taking on your public assistance by **January 31, 2007**.

If you lose the hearing you will have to pay back any public assistance  which you got, but should not have gotten, while you were waiting for the decision.

If you do not want your benefits to stay the same until the decision is issued, you must tell the State when you write or call for a fair hearing.

**How to Request a Fair Hearing**

You can ask for a fair hearing in writing, by fax or by telephone or electronically.

    **WRITE:**      Complete the "tear-off" Request for a Fair Hearing at the bottom of this page and send it to the address on the bottom of the next page.

  **OR CALL:**     **(800) 342-3334**.

                **When you call, please tell the worker the number of this notice which is U471NS2173.**

  **OR FAX:**      Send a copy of this notice to fax number (518) 473-6735

  **OR ONLINE:**   Complete the online request form at:
                http://www.otda.state.ny.us/oah/forms.asp

**(Read the next page for more of your Rights)**

........................................................................

### REQUEST FOR A FAIR HEARING

   I want a fair hearing.  I do not agree with the agency's action.  (You may explain why you disagree below, but you do not have to include a written explanation.)

_____

_____

_____

Name    :  RUDOLPH ERNEST             District No:  47
Address :  101 SEYMOUR LANE         Notice No. :  U471NS2173
          MEDFORD, NY 11763       Case Number: P00L01054
                                  Telephone  :

/_/  I do not want to "keep my benefits the same" until the Fair Hearing decision is issued.
      ONLY USE THIS TEAR-OFF TO REQUEST A HEARING ABOUT THIS NOTICE.

---



CONTINUED ON THE NEXT PAGE ...

XL218B (09.97)                    NOTICE NUMBER   : U471NS2173        Page:  4

If you cannot reach the State electronically, by phone or fax, please write to request a fair hearing before the deadline for requesting a fair hearing.

**What to Expect at a Fair Hearing**

The State will send you a notice which tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong.  You can bring a lawyer, a relative or a friend or someone else to help you do this.  If you cannot come yourself, you can send someone to represent you.  If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers which explain why we are wrong.

To help you explain at the hearing why you think our decision is wrong, you should bring any witnesses who can help you.  You should also bring any papers you have such as:  Pay stubs, Leases, Receipts, Bills, Doctor's Statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case.

## LEGAL ASSISTANCE

If you think you need a lawyer to help you with this problem, you may be able to obtain a lawyer at no cost to you by contacting:
   NASSAU/SUFFOLK LAW SERVICES COMMITTEE, INC., 313 WEST MAIN ST, RIVERHEAD, NY 11901
   Telephone: (631) 369-1112
   NASSAU/SUFFOLK LAW SERVICES, 1757 VETERANS HIGHWAY, SUITE 50, ISLANDIA, NY 11722
   Telephone: (631) 232-2400

For the names of other lawyers check your Yellow Pages under "LAWYERS".

## ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS

To help you get ready for the hearing, you have a right to look at your case file.  If you call or write to us, we will provide you with free copies of the documents from your file which we will give to the hearing officer at the fair hearing.  Also, if you call or write to us, we will provide you with free copies of other documents from your file which you think you may need to prepare for your fair hearing.  To ask for documents or to find out how to look at your file, call us at the Record Access telephone number listed at the top of page 1 of this notice or write us at the address printed at the top of page 1 of this notice.

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

## INFORMATION

If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the telephone numbers listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice.

Send this "Request for a Fair Hearing" to:

The Office of Administrative Hearings
New York State Office of Temporary and Disability Assistance
P.O. Box 1930
Albany, New York 12201



NOTICE NUMBER    : U471NS2173        Page:  5

## NOTICE OF POTENTIAL ELIGIBILITY  FOR TRANSITIONAL CHILD CARE

If you are working, you may be able to get help paying for your child care.  Read the rest of this notice to learn how!

### What is Transitional Child Care?

The Transitional Child Care guarantee provides money to help working families pay for their child care costs. This child care assistance helps families to afford child care for their children while they work.  Families may be eligible to receive Transitional Child Care Assistance for up to 12 months after they become ineligible for Temporary Assistance (TA).

### Who can get Transitional Child Care?

Working families who were receiving TA, but became ineligible when their income increased.
Working families who were receiving guaranteed child care instead of TA, can receive Transitional Child Care once their income makes them ineligible for TA.

### Other requirements are:

your family's income cannot exceed certain limits;
you must have been on TA in 3 out of the last 6 months, or  have received child care assistance, instead of TA, in 3 out of the last 6 months;
your child must be under the age of 13, and need day care so you can go to work; and
you receive court-ordered child support, are actively pursuing support through the  Child Support Enforcement Program, are trying to get court-ordered support through other means, or have been determined to have good cause not to actively seek child support

### How do you get Transitional Child Care?

Your worker should determine your eligibility for Transitional Child Care before your TA or guaranteed child care case is closed.  The caseworker cannot ask or require you to complete a new application.  However, they may need some additional information from you in order to find out if you are eligible.  **Ask your caseworker if you are eligible for Transitional child Care.**

### How much will it cost?

Each family pays a portion of the child care cost each month.  The amount you pay depends on the size of your family and your income. If your provider charges above market rate you will also have to pay the difference between what your provider charges and market rate.

NOTICE NUMBER    : U471NS2173        Page:   6

## Who can care for your child?

You have the right to choose any child care that is legal.  This includes:

- licensed or registered day care centers
- licensed group family day care
- friends, neighbors and relatives, who are enrolled with the local department of social services
- registered school age child care programs
- registered family day care homes
- caregivers of legally- exempt group child care such as summer day camps that are enrolled with the local department of social services

Your local department of social services or your Child Care Resource and Referral agency can help you find child care.

## What are your responsibilities under Transitional Child Care?

In order to continue to receive benefits you must:

- pay your family share on time;
- notify your caseworker immediately, of any changes that might affect your eligibility for child care.  Some of these changes include: where you are living, who is living in your household, your work schedule, your employer, your child care needs, your child care provider and your family's income;
- complete and return to your caseworker any information he or she needs to determine your continued eligibility;
- actively pursue child support, unless you have been determined to have good cause not to actively pursue support; and
- continue to use a legal child care provider

## When will you stop receiving Transitional Child Care?

Your Transitional Child Care will be stopped if:

- you are not fulfilling your responsibilities listed above; or
- at the end of the twelve month eligibility period; or
- if you quit your job without good cause; or
- when child care is no longer needed to allow you to work; or
- if your income exceeds the maximum allowed for your family size; or
- when your child reaches the age of 13.  However, if your child has special needs or is under court supervision your worker can tell you if there may be other child care programs that can help you.

LDSS - 4015 A (Revised 1 / 2005)

**NO    E OF INTENT TO CHANGE BENEFITS:    PART A**
**PUBLIC ASSISTANCE, FOOD STAMP BENEFITS, MEDICAL ASSISTANCE COVERAGE AND SERVICES**
**(TIMELY & ADEQUATE)**

| NOTICE DATE:<br>February 5, 2007 | | | | NAME AND ADDRESS OF AGENCY / CENTER OR DISTRICT OFFICE:<br>Suffolk County Department of Social Services<br>Division of Housing Services<br>3085 Veterans' Memorial Highway<br>Ronkonkoma, New York 11779 | | |
|---|---|---|---|---|---|---|
| CASE NUMBER:<br>P00L01054 | | CIN NUMBER:<br>AB53944R | | GENERAL TELEPHONE NUMBER<br>FOR QUESTIONS OR HELP | | (631) 854 - 9538 |
| CASE NAME (And C/O Name If Present) AND ADDRESS | | | | | Agency Conference | (631) 854 - 9538 |
| Ernest Rudolph | | | | OR | Fair Hearing Information<br>And Assistance | (800) 342 - 3334 |
| | | | | | Record Access | (631) 854 - 9538 |
| Sent via fascimile to TLC | | | | | Legal Assistance Information | (631) 232 - 2400 |
| OFFICE NUMBER:<br>DHS | UNIT NUMBER:<br>CW | WORKER NUMBER: | UNIT OR WORKER NAME:<br>Jeannette O'Keefe | | | TELEPHONE NUMBER:<br>(631) 854 - 9538 |

We are CHANGING your Benefits as explained below and on PART B, next to the checked box(es) ☑ :

**SEE PART B FOR FOOD STAMP AND FAIR HEARING INFORMATION.**

**PUBLIC ASSISTANCE**

☐ REDUCE your Public Assistance Benefit effective _____ from $ _____ to $ _____ .
_____ .

☐ INCREASE your Public Assistance Benefit effective _____ from $ _____ to $ _____ .
_____ .

☐ CONTINUE your Public Assistance Benefit unchanged at $ _____ .

☐ A RECOUPMENT at the rate of _____ percent (%) is being taken against your Public Assistance. If you believe the recoupment at this rate will cause your family an undue hardship, you should contact your worker to explain your reason. An undue hardship means that a person does not have enough income to eat, to pay for shelter or utilities, to get necessary clothing, to buy general items of need, or to pay for medical needs not covered by Medical Assistance. Your worker will let you know what kind of proof you will need to show that the recoupment at this rate will cause an undue hardship. If we decide that the recoupment will cause an undue hardship, the recoupment rate will be changed to a rate between 5 and 10 %. The recoupment rate must be at least 5 %. This decision is based on 18 NYCRR 352.31 (d). The reason for this recoupment is explained below.

☒ DISCONTINUE your Public Assistance Additional Allowance of Temporary Housing Services effective February 15, 2007, for the duration of the Public Assistance sanction.

The REASON for this action is Ernest Rudolph will be sanctioned from Temporary Housing Assistance effective February 15, 2007, for non-compliance of Public Assistance requirements. On December 28, 2006 Public Assistance issued a Notice of Intent for a three month sanction and until compliance with employment or training rules . Temporary Housing is a benefit of Public Assistance. Therefore, you are not eligible to receive Temporary Housing while sanctioned from Public Assistance .

The above decision(s) is based on 18 NYCRR 352.35 (b) 4 and (e) .

**MEDICAL ASSISTANCE**

☐ CONTINUE the Medical Assistance coverage for [name(s)] _____ unchanged.

☐ CONTINUE the Medical Assistance coverage for [name(s)] _____ pending the receipt of information necessary to decide continued eligibility. Please contact us no later than _____ at _____ so we can tell you the information we need.

☐ CONTINUE the Medical Assistance coverage for [name(s)] _____ pending our review of eligibility. We will send you our decision within thirty days.

☐ REDUCE the Medical Assistance coverage effective _____ for [name(s)] _____ from full coverage to coverage with a SPENDDOWN. Your total gross monthly income is $ _____ . Your total monthly deductions are $ _____ . The difference between these is your monthly net income for Medical Assistance. This is $ _____ . The allowable income standard for a family household your size is $ _____ . The difference between your net income and this standard ($ _____ ) is your monthly excess income (18 NYCRR 360-4.8). The enclosed letter explains eligibility under the Excess Income Program and Optional Pay-In Program.

☐ DISCONTINUE the Medical Assistance coverage for [name(s)] _____ effective _____ because _____ .

☐ Medical Assistance coverage will continue under Transitional Medical Assistance (See attached Medical Assistance Fact Sheet).

☐ Medical Assistance coverage will continue until _____ due to receipt of / increase in child or spousal support payments.

**The above decision(s) is based on 18 NYCRR** _____ .

**SERVICES** – If you are getting Social Services and lose your Public Assistance and Medical Assistance Benefits, we will need to see if you still can get Social Services at your next scheduled recertification. This does not necessarily mean that you will no longer be able to get Social Services. At your recertification, we will make a redetermination to see if you can continue to get Social Services. If you have any questions, please contact your services worker or call the general phone number at the top of this notice.

**BE SURE TO READ THE BACK OF PART B FOR YOUR RIGHTS ON HOW TO APPEAL THIS DECISION.**

| NAME. | ADDRESS. | NUMBER: |
|---|---|---|
| Ernest Rudolph | TLC | 01054 |

☑ Social Services can give you education and counseling about birth control and can assist you in getting Medical Care to help you plan for your desired family or to prevent unwanted pregnancies.

Even if you are no longer eligible for Public Assistance or Medical Assistance, you may get information and education about family planning for up to 90 days from the date of your application.

For further information, please contact your services worker or call the general phone number on the front of this notice.

☑ If you know of children under the age of 19 who do not have health care coverage, call 1-800-698-4543 to learn about Child Health Plus coverage.

☑ Regulations require that you immediately notify this Department of any changes in needs, income, resources, living arrangements or address.

☑ If you are getting Public Assistance, Food Stamp Benefits, or Medical Assistance, you may be able to get a discount on your phone service. For information on LIFELINE, call Verizon toll free, at 1-800-555-5000.

☑ Although you may no longer be able to get Public Assistance, Food Stamp Benefits, or Medical Assistance, you still may be able to get help with your heating costs by applying for the Home Energy Assistance Program (HEAP). You can get more information about HEAP by calling the general telephone number on the front page of this notice.


## SEE THE BACK OF PART B


## FOR YOUR CONFERENCE AND FAIR HEARING RIGHTS.

LDSS-4015 (Rev. 4/97) B      Timely Notice of Change

## NOTICE OF INTENT TO CHANGE BENEFITS:     PART B
### PUBLIC ASSISTANCE, FOOD STAMP BENEFITS, MEDICAL ASSISTANCE COVERAGE AND SERVICES
#### (TIMELY & ADEQUATE)

| | |
|---|---|
| NOTICE DATE:<br>February 5, 2007 | NAME AND ADDRESS OF AGENCY / CENTER OR DISTRICT OFFICE:<br>Suffolk County Department of Social Services |
| CASE NUMBER:        CIN NUMBER:<br>P00L01054        AB53944R | Division of Housing Services<br>3085 Veterans' Memorial Highway |
| CASE NAME (And C/O Name If Present) AND ADDRESS | Ronkonkoma, New York 11779 |

| | | |
|---|---|---|
| Ernest Rudolph<br><br><br>Sent via fascimile to TLC | GENERAL TELEPHONE NUMBER<br>FOR QUESTIONS OR HELP | (631) 854 - 9538 |
| | Agency Conference | (631) 854 - 9538 |
| | Fair Hearing Information<br>And Assistance | (800) 342 - 3334 |
| | OR   Record Access | (631) 854 - 9538 |
| | Legal Assistance Information | (631) 232 - 2400 |

| OFFICE NUMBER:<br>DHS | UNIT NUMBER:<br>CW | WORKER NUMBER: | UNIT OR WORKER NAME:<br>Jeannette O'Keefe | TELEPHONE NUMBER:<br>(631) 854 - 9538 |
|---|---|---|---|---|

We are CHANGING your Benefits as explained below and on <u>PART A</u>, next to the checked box(es) ☑ :
### SEE <u>PART A</u> FOR PUBLIC ASSISTANCE, MEDICAL ASSISTANCE AND SERVICES INFORMATION.

---

### FOOD STAMP BENEFITS NOT PICKED UP WITHIN 270 DAYS CANNOT BE REPLACED.

**FOOD STAMPS**

1. ☐ **INCREASE** your Food Stamp Benefits from $ _____ to $ _____ effective _____ .

   ☐ Your Food Stamp Benefits certification period has been extended.  Your Benefits will now end in _____ .

2. ☐ **CONTINUE** your Food Stamp Benefits at $ _____ effective _____ .

   ☐ Your Food Stamp Benefits certification period has been extended.  Your Benefits will now end in _____ .

3. ☐ **REDUCE** your Food Stamp Benefits from $ _____ to $ _____ effective _____ .

   ☐ Your Food Stamp Benefits certification period has been extended.  Your Benefits will now end in _____ .

4. ☐ **DISCONTINUE** your Food Stamp Benefits as of _____ .

5. ☐ **OTHER** _____ .

6. ☐ **OVERPAYMENT INFORMATION**

   ☐ We are establishing a Food Stamp Benefits overpayment because you or your household got more in Food Stamp Benefits than you should have. See the Demand Letter (and also, if your case is closing, the Repayment Agreement) for more information on this overpayment. **This decision is based on 18 NYCRR 387.19.**

   ☐ You currently have a Food Stamp Benefits overpayment.  If your case is closing, see the Demand Letter and Repayment Agreement for more information on the amount you owe and how you will repay this overpayment.

   ☐ The Benefit above reflects a _____ percent (%) reduction (Recoupment) of $ _____ in your Benefits in order to repay your overpayment. **This decision is based on 18 NYCRR 387.19.**

7. ☐ If you are getting Public Assistance and / or Medical Assistance, this change will NOT affect those Benefits.

8. ☐ **OTHER INFORMATION**
   _____ .

The **REASON** for this action is _____ .

The above decision(s) is based on 18 NYCRR _____ .

☑ Responsibility To Report Changes – See enclosed LDSS-3151: "Food Stamp Change Report Form" for information on when to report changes.

**BE SURE TO READ THE BACK OF THIS NOTICE FOR YOUR RIGHTS ON HOW TO APPEAL THIS DECISION.**

| NAME: | ADDRESS: | NUMBER: |
|---|---|---|
| Ernest Rudolph | TLC | J1054 |

## CONFERENCE AND FAIR HEARING SECTION – DO YOU THINK WE ARE WRONG?

If you think our decision is wrong, you can ask for a review of our decision. We will correct our mistakes. You can do both 1 and 2:

1. Ask for a meeting (conference) with one of our supervisors;     2. Ask for a State Fair Hearing with a State Hearing Officer.

1. **CONFERENCE**  (Informal meeting with us) – If you think our decision was wrong, or if you do not understand our decision, please call us to set up a meeting. To do this, call the conference phone number on the front of this notice or write to us at the address on the front of this notice. Sometimes this is the fastest way to solve any problem you may have. We encourage you to do this even when you have asked for a Fair Hearing.

If you <u>only</u> ask for a meeting with us, we will not keep your Benefits the same while you appeal. Your Benefits will stay the same only if you ask for a State Fair Hearing. (See "Keeping Your Benefits The Same" below).

2. **STATE FAIR HEARING** – You have the following number of days from the date of this notice to ask for a Fair Hearing:

| BENEFIT AREA | TIME LIMIT |
|---|---|
| Public Assistance (PA), PA Additional Allowance of Temporary Housing, Medical Assistance, Social Services | 60 Days |
| Food Stamp Benefits | 90 Days |

If this notice is telling you that you owe a Public Assistance overpayment, and if you do not agree that you owe this overpayment, you must call for a Fair Hearing within 60 days of the date of this notice. If you do not call for a Fair Hearing within 60 days of the date of this notice, you cannot claim in the future, that the Agency's decision that you owe the debt was wrong.

**KEEPING YOUR BENEFITS THE SAME:** We will not change your Public Assistance, PA Additional Allowance of Temporary Housing, Food Stamp Benefits, Medical Assistance and Social Services Benefits if you ask for a Fair Hearing before the effective date stated in this notice. However, if you lose the Fair Hearing, you will have to pay back any Public Assistance and Food Stamp Benefits you got, but should not have gotten, while you were waiting for the decision. Also, we may recover Medical Assistance Benefits.

If you do not want your Benefits to stay the same until the decision is issued, you must tell the State when you call for a Fair Hearing, or if you send back this notice, check the box or boxes below:

I do not want to keep my Benefits the same until the Fair Hearing decision is issued:

☐ Public Assistance (PA)    ☐ PA Additional Allowance    ☐ Medical Assistance    ☐ Food Stamp Benefits    ☐ Social Services
                 of Temporary Housing

**HOW TO ASK FOR A FAIR HEARING:** You can ask for a Fair Hearing by mail, by fax, by phone, or online.

<u>Mail</u>: Send a copy of **Part A** and **Part B** to the Office of Administrative Hearings, New York State Office of Temporary and Disability Assistance, P.O. Box 1930, Albany, New York 12201. Please keep a copy of each notice for yourself.

<u>Fax</u>: Fax a copy of the front and reverse of **Part A** and **Part B** to (518) 473-6735.

☐ I want a Fair Hearing. I do not agree with the Agency's action. (You may explain why you disagree below, but you do not have to include a written explanation).

<u>Phone</u>: The Toll-Free Fair Hearing Request Number is (800) 342-3334. (PLEASE HAVE THIS NOTICE WITH YOU WHEN YOU CALL).

<u>Online</u>: Complete an online request form at http://www.otda.state.ny.us/oah/forms.asp.

If you cannot reach the New York State Office of Temporary and Disability Assistance by fax, phone, or online, please write to ask for a Fair Hearing before the deadline.

**WHAT TO EXPECT AT A FAIR HEARING:** The State will send you a notice that tells you when and where the Fair Hearing will be held.

At the Hearing, you will have a chance to explain why you think our decision is wrong. You can bring a lawyer, a relative, a friend, or someone else to help you do this. If you cannot come yourself, you can send someone to represent you. If you are sending someone who is not a lawyer to the Hearing instead of you, you must give this person a letter to show the Hearing Officer that you want this person to represent you at the Hearing.

At the Hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the Hearing Officer written papers that explain why we are wrong.

To help you explain at the Hearing why you think we are wrong, you should bring any witnesses who can help you. You should also bring any papers you have, such as: pay stubs, leases, receipts, bills, doctor's statements.

At the Hearing, you and your lawyer or other representative can ask questions of witnesses, which we bring or you bring to help you your case

**LEGAL ASSISTANCE:** If you think you need a lawyer to help you with this problem, you may be able to get a lawyer at no cost to you by contacting your local Legal Aid Society or other legal advocate group. For the names of other lawyers, check your Yellow Pages under "Lawyers".

**ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS:** To help you get ready for the Hearing, you have a right to look at your case file. If you call or write to us, we will provide you with free copies of the documents from your file that we will give to the Hearing Officer at the Fair Hearing. Also, if you call or write to us, we will provide you with free copies of other documents from your file that you think you may need to prepare for your Fair Hearing. To ask for documents or to find out how to look at your file, call us at the Record Access phone number on the front of this notice or write to us at the address on the front of this notice.

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the Hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

**INFORMATION:** If you want more information about your case, how to ask for a Fair Hearing, how to see your file, or how to get additional copies of documents, call us at the phone numbers on the front of this notice or write to us at the address on the front of this notice.



# *Speedy Request*

## Suffolk County Department of Social Services
### Box 18100, Hauppauge, N.Y. 11788-8900

**Agency Use Only:**
Arrival Time: _____

Please use this form when you write to the Agency. You can expect an answer within 10 working days.

CASE #: _____     SOCIAL SECURITY # 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

CIN # _____

NAME: _____     VENDOR ID # _____

ADDRESS: _____     ATTN: ☐ IM     ☐ **ELIGIBILITY**

TOWN: Homeless     ☐ IN LOBBY     ☐ MAIL     ☐ TELEPHONE

TELEPHONE # _____     WORKER: 418

**PLEASE WRITE CLEARLY: BE AS BRIEF AS POSSIBLE; <u>BE SURE TO SIGN IN THE SPACE BELOW.</u>**

To close my case (Public Assistance) at this department
of social service in Coram (80 middle country rd.
11727). Closing date 2/20/07. Also im here for
temporary placement.

**RECEIVED**

SIGN HERE: _____     DATE FEB 09 2007  2/9/07

**DSS RESPONSE**     ID SEEN (IF NEEDED)   CORAM RECEPTION
SUFFOLK COUNTY SOCIAL SERVICES

I will Why -
Do You want TMA

I Received Your Request

EXAMINER: _____  DATE 2/9/07  TEAM _____  PHONE # _____

Pink:  Retained by Client     Yellow:  Reply to Client     White:  Retained by Agency

TIMOTHY H. BISHOP
1ST DISTRICT, NEW YORK

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE

COMMITTEE ON EDUCATION
AND THE WORKFORCE

1133 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–3826
FAX: (202) 225–3143

3680 ROUTE 112, SUITE C
CORAM, NY 11727
(631) 696–6500
FAX: (631) 696–4620

www.house.gov/timbishop

# Congress of the United States
## House of Representatives
### Washington, DC 20515–3201

June 26, 2006

Mr. Ernest Rudolph Jr.
98 Homestead Drive
Coram, New York, 11727

Re:  U.S. District Court Civil Docket# 2:02-cv-04103-TCP-ETB

Dear:  Mr. Rudolph:

I appreciate the time you have taken to address your concerns to my office.  It is a privilege to serve the District and I will continue to serve constituents of the 1st Congressional District and to do my best to meet the needs of those seeking resolution to personal matters involving the federal government.

Although I would like to assist you with this issue, it is not a federal matter, and thus does not fall within my jurisdiction.  The matter about which you are concerned falls within the purview of the Judicial Branch of Government.

If you should have any questions that pertain directly to a federal agency, please do not hesitate to contact my Coram District Office at (631) 696-6500 or my Washington, D.C. Office at (202) 225-3826.  Once again, thank you for addressing your concerns to my office.

Sincerely,

Tim Bishop
Member of Congress

**CASE INFORMATION AND PRIVACY RELEASE FORM/AUTHORIZATION**

*PLEASE PRINT*

Name:

_Ernest Rudolph Jr_
First _____ Middle _____ Last

Address: _98 Homestead Dr._ _____ Phone: **Home** _None_

City and Zip Code: _Coram N.Y. 11727_ _____ **Cell** _None_

Birthdate: _2/27/20_ Social Security number: _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_ **Work** _Unemployed_

Identification/Claim/Case Number: _Docket # 2:02-cv-04103-TCP-ETB_

Federal Agency you need help with: _All_

Brief description of problem (**Please attach copies of all supporting documents**):

_Job Discrimination - Employer Custom Coming Inc.,_

_Wrongful Termination Suit. Held in 6th Dist Federal_

_Court, Judge Platt (Assigned) →_

I authorize Congressman Bishop and his staff to receive any information that they may need in order to provide this assistance.

_Ernest Rudolph Jr_ _____ _5/23/06_
Signature/Date

*Note: In order to comply with the provisions of the Privacy Act of 1974 and to be of assistance with claim(s), it is necessary that your signature be on file.

Please print and mail to:

**Attention: Charles Boeckmann**
District Office
Congressman Timothy Bishop
3680 Route 112
Coram, NY 11727
Fax: 696-4520

M/A EL-G72SE Per
EMEVS 09/25/06 XP



**B** NEW YORK STATE
**BENEFIT**
IDENTIFICATION CARD

ID NUMBER          CARD NUMBER
AB53944R  600486 8212 2539 443 08
SEX    DOB
M      07/27/1970
LAST NAME
RUDOLPH
FIRST NAME / M I  ERNEST

*Ernest Rudolph*

ACCESS NUMBER       600486
8212 2539 443       08

0274742

RUDOLPH          ERNEST JR
98 HOMESTEAD DRIVE

CORAM, NY              11727

07/27/70    M    ENGLISH

NYS DOH OFFICE OF MEDICAID MANAGEMENT
e M e d N Y

TODAY'S DATE: 09/25/2006 - 16:14:29
ACCESS: 600486821225394308
TRAN TYPE: 1
DATE OF SVC: 09/25/2006
PROVIDER NO.: 00473170
SERVICE TYPE: 01
COPAY EXEMPT: N
NO. SERVICE UNITS: 01

PROV NO.: 00473170
DATE SVC: 09/25/2006
MEDICAID ID: AB53944R
DOB: 07/27/1970
GENDER: M
CNTY/OFF: 47

`········ ·· ·· ····`006
`·····`=09
`----`
`FITS`
`----`
`·tive Coverage`

NYS DOH OFFICE OF MEDICAID MANAGEMENT
e M e d N Y

TODAY'S DATE: 02/09/2007 - 13:23:09        `-----`
ACCESS: AB53944R                           `)-Payment`
TRAN TYPE: 1                               `}`
SEQUENCE NO.: 06                           `00`
DATE OF SVC: 02/09/2007                    `: -N`
PROVIDER NO.: 00473170
SERVICE TYPE: 01
COPAY EXEMPT: N
NO. SERVICE UNITS: 01

PROV NO.: 00473170          *Eligible*
DATE SVC: 02/09/2007        *per*
MEDICAID ID: AB53944R       *Emevs*
DOB: 07/27/1970             *in*
GENDER: M                   *2/9/07*
CNTY/OFF: 47
ANNIV DT: 07/01/2006
MSG: RECERT MONTH=03
--------------------
PLAN ELIG. & BENEFITS
--------------------
Elig/Ben Info: Active Coverage
Serv Type Cd: 30
Insr Type Cd: MC
--------------------
Elig/Ben Info: Co-Payment
Time Per Qual: 29
Dollar Amt: $191.00
*- End of Receipt -*

**SUFFOLK COUNTY DEPARTMENT OF HEALTH SERVICES**

**RAPID HIV TEST RESULT**

**CONFIDENTIAL RECORD REQUIRES SPECIFIC DISCLOSURE CONSENT**

```
0274742
RUDOLPH        ERNEST JR
98 HOMESTEAD DRIVE

CORAM, NY              11727

07/27/70   M   ENGLISH
```

Insert CTS "Bubble Sheet" Sticker Here:



3630011459

An OraQuick® Advance Rapid HIV-1/2 Antibody Test was performed on: 2/9/07

(date)

**Result:**    (10660) Negdre

(negative, preliminary positive, or invalid)

A preliminary positive test result requires confirmation with a standard HIV test.

Test result given and patient counseled by: _____, LCSW

(Signature)                                (Printed Name)

THE ELSIE OWENS N. BROOKHAVEN
HEALTH CENTER AT CORAM
82 MIDDLE COUNTRY ROAD
CORAM, NY 11727

**HIV-R**   Iss: 7/05

**COURT REPORTER:** _Stephanie Picozzi_

\*\*the parties are to communicate directly with the court reporter to obtain a copy of the transcript. Do not call chambers\*\*

**NEXT DATE SET FOR:** _March 12, 2007 at 9:30 a.m. for jury selection and jury trial._

◆   **DISCUSSION:** _The case is trial ready. Plaintiff indicates he is in the process of retaining counsel._

Superos (FD)
Subpoena (Trial S).
Supena Subpena (Friendly t's in pencil

N:\PLATT DOCS\WPDOCS\case calendar blank forms\02-4103 cnf.wpd

```
                    ┌─────────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT         │
                    └─────────────────────────────────────────┘

                                    TIME  : 02/07/2007 12:12
                                    NAME  : FAMILYSERVICELEAGUE
                                    FAX   : 16315801921
                                    TEL   : 16315801641
                                    SER.# : 000C5J665947

    ┌────────────────────────────────────────────────────────────────────┐
    │  DATE,TIME                        02/07  12:11                       │
    │  FAX NO./NAME                     12123851017                        │
    │  DURATION                         00:00:16                           │
    │  PAGE(S)                          01                                 │
    │  RESULT                           OK                                 │
    │  MODE                             STANDARD                           │
    │                                   ECM                                │
    └────────────────────────────────────────────────────────────────────┘
```

*Karen McMorrow*

*Judge Platt's Case Manager*

*631-712-5605*

*3/12/07*

*Called On: January 19, 2007*
*At: 1:30 pm (Duration:*
*Before: Platt, USDJ*
*United States District Court*
*Eastern District of New York*
*Central Islip*

R E C E I V E D
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★ JAN 1 9 REC'D ★

E N T E R E D

★ ─────── ★

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 02/10/2007 12:54
                                    NAME  : FAMILYSERVICELEAGUE
                                    FAX   : 16315801921
                                    TEL   : 16315801641
                                    SER.# : 000C5J665947
```

```
DATE,TIME              02/10  12:54
FAX NO./NAME           12123851017
DURATION               00:00:16
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TRANSMISSION VERIFICATION REPORT

TIME : 02/08/2007 18:58
NAME :
FAX :
TEL :
SER.# : BROJ5J340562

| DATE,TIME | 02/08  18:58 |
| FAX NO./NAME | 12123851017 |
| DURATION | 00:00:11 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



FedEx Kinko's
680 Walt Whitman Rd
Melville, NY 11747-2203
(631) 421-7000

1/4/2007                    10:03:20 AM EST
Trans.: 9450                   Branch: 0341
Register: 003                 Till:es93730
Team Member: Erika S.

SALE

*0 3 4 1 0 0 3 9 4 5 0 *

Fax - Local Send              1.00 T
  0711              1.00 @ 1.0000

Sub Total                     1.00
Deposit                       0.00
  Tax                         0.08
Total                         1.08
  Cash                       20.00
Total Tender                 20.00
Change Due                 (18.92)

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy



FedEx Kinko's℠
Ship Center

# Fax Cover Sheet

Date _1/4/07_

## To:

Name _Peter G Eikenberry_

Company _Law Office_

Telephone _(212) 385 - 1050_

Fax _(212) 385 - 1012_

Comments

Number of pages _2_ _____(including cover page)

## From:

Name _Ernest Rudolph_

Company _None_

Telephone _None_

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                4095
CONNECTION TEL               12123851017
SUBADDRESS
CONNECTION ID
ST. TIME                01/04 11:18
USAGE T                 00'34
PGS. SENT                  2
RESULT                  OK
```

**FedEx Kinko's** SM
Ship Center

# Fax Cover Sheet

Date 1/4/07                    Number of pages _2_ (including cover page)

# To:                          # From:

Name _Peter G Eikenberry_      Name _Ernest Rudolph_

Company _Law Office_           Company _None_

Telephone _(212) 385-1050_     Telephone _None_

Fax _(212) 385-1017_

Comments

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2005 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fm05.150 11.05

22705

**North Fork** Bank

NY

911 Call To Energy Housing ● Before 7:30pm

$0.00

Circular
Call PGE
8:01 pm
Huntin on
110.
Ask for all

RUDOLPH FLORES

---

**FedEx** Kinko's

FedEx Kinko's
680 Walt Whitman Rd
Melville, NY 11747-2203
(631) 421-7000

2/8/2007                                6:15:19 PM EST
Trans.: 6051                            Branch: 0341
Register: 004                           Till:0723446
Team Member: Gloria S.

SALE

*034100

Fax - Local Send
(~~~                    1.00 @

Sub-Total                                        .08
Deposit
Tax                                             1.08
Total                                           1.08
Cash                                            1.08
Total Tender                                    0.00
Change Due

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

Rudolph

NOTICE SETTING STATUS
CONFERENCE

-V-

CV-02-4103

Custom Coatings, Inc.
-------------------------------------------------X

This case is now placed on Judge Platt's trial ready calendar.

A **pre trial status conference** in set in the above case for **January 19, 2007** at 1:30 a.m/**p.m**.. All counsel must be present. Failure to appear will result in a judgment entered in this case. Counsel must appear with full settlement authority or a have representative with settlement authority on telephone standby. If settlement is not possible at the conclusion of this conference a trial date will be set, no excuses will be tolerated.

Any adjournment requests must be submitted in writing with consent of all parties and dates convenient to reschedule the status conference. The status conference will not be cancelled unless the parties indicate in writing the case is settled.

Karen McMorrow
Case Manager to
Judge Thomas C. Platt

Dated: December 12, 2006

**M & V LIMOUSINES LTD.**
**" The Ultimate in Exotic Luxury "**
1117 Jericho Turnpike
Commack, NY 11725
800-498-5788    631-543-0908    Fax: 631-543-0856

| Trip Ticket #1145467 | Driver: MATHEW |
|---|---|
| Time: **11:00AM** | **-- 03:00AM** |
| Date: **03/16/2007**    **Friday** | |

| Account Mail Address/Phones | Pax Mail Address/Phones |
|---|---|
| ERNEST RUDOLPH | |
| 2050 EXPRESS DR SOUTH | |
| HAUPPAUGE, NY 11788 | |
| | |
| M: 516-279-0418 | |

| | |
|---|---|
| Account #: | **RUDOLPH E** |
| Ref #: | |
| Passenger: | **ERNEST RUDOLPH** |
| Res Phones: | |
| # People: | **1**    Car #: **2A** |
| Car Desc. | TOWN CAR/2005/TOWN CAR L SER/BLACK/LP#: |
| Trip Desc: | **AS DIRECTED** |

**ROUTING INFO.    SERVICE: TOWN CAR**

| Contact: |
|---|
| SELF |

PICK UP AT 2050 EXPRESS DR SOUTH  HAUPPAUGE, NY 11788
THEN TO NYC SHOPPING
DROP OFF AT 2050 EXPRESS DR SOUTH  HAUPPAUGE, NY 11788
MUST PAY DRIVER CASH BEFORE START OF JOB

| Hours @ 35.00 | | Driver Non-Taxable Rate: | 0.00 | | |
|---|---|---|---|---|---|
| Time Out:_____ | Gas Amount:_____ | Waiting/Hour: | 25.00 | Trip Rate | 560.00 |
| Arrived:_____ | Gallons:_____ | Overtime/Hour: | 35.00 | Parking/Tolls | ------------ |
| Actual Pickup :_____ | EZ Pass:_____ | CASH Service | | Tolls | 9.00 |
| Drop Off:_____ | Expenses:_____ | Car Wash:_____ | | WT:  : | ------------ |
| Time In:_____ | | | | Early/Late Hour | ------------ |
| Mileage Out:_____ | | | | Extra Stops | ------------ |
| Mileage In:_____ | | | | | 0.00 |
| *Total:*_____ | **Credit Card Info:** | | | Service Charge    20.00% | 112.00 |
| Phone From:_____ | Credit Card NOT on File | | | Discount    0.00% | ------------ |
| Phone To:_____ | | | | Fuel Surcharge    9.00% | 50.40 |
| *Total:*_____ | | | | Gas Surcharge    0.00% | 0.00 |
| | | | | Misc: | 0.00 |
| | | | | Tax/GST    0.00% | 0.00 |
| | | | | County Tax    0.00% | ------------ |
| No Next Trip Found | | | | TRIP TOTAL | 731.40 |
| | | | | Payments | 0.00 |
| | | | | TOTAL DUE | 731.40 |
| | | | | PAY BY: | |

Customer is Liable for any damages to the limousine interior.  If someone gets sick in the car we will charge a $200 cleaning fee and possibly more if there is any permanent damage.  Smoking is not permitted in limousine or there will be an additional $100 charge to remove odor. DEPOSIT IS NON-REFUNDABLE.  Length of time of limousine usage must be prearranged. Service Charge at the discretion of the company is split between the driver and various other departments that are involved with the production of the services that we furnish.  Due to the mechanical nature of vehicles, if a vehicle becomes disabled, as to render it inoperable, M&V Limousines Ltd. reserves the right to substitute that vehicle at their discretion. If a wedding or a Prom contract is cancelled by customer within 45 days before the date of the function, the customer is responsible for full payment of that contract. We are not responsible for lost articles left in limousines or buses.  We are not

Customer's Signature:_____    Name (PRINT):_____    Date:____/____/____

Printed: 03/16/2007  10:47:34 AM    Taken by: DANNY    03/16/2007  09:38AM    Last Update: 03/16/2007  09:38AM



**Ernest Rudolph**
**220 Bond St**
**11590,**
**US**

| A/R Number | |
| Group Code | |
| Folio/Invoice No. | / |
| Reference # | |

| | | | |
|---|---|---|---|
| Room No. | **719** | Page No. | 1 of 1 |
| Arrival | 03-14-07 | Cashier No. | 128 |
| Departure | 03-20-07 | User ID | YMATOS |
| | | **www.HolidayHauppaugeHotel.com** | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-14-07 | Cash | 2 Nts rm ad tax PLUS deposit $ 50 | | 310.38 |
| 03-14-07 | *Accommodation | | 119.00 | |
| 03-14-07 | State Tax - Room | | 10.26 | |
| 03-14-07 | Bed/Occupancy Room Tax | | 0.89 | |
| 03-15-07 | Long Distance Call | 13:16 #7719 : 411 [00:03:00] | 1.00 | |
| 03-15-07 | Long Distance Call | 13:22 #7719 : 202-456-7041 [00:06:00] | 6.33 | |
| 03-15-07 | Long Distance Call | 13:27 #7719 : 202-456-7041 [00:04:00] | 4.47 | |
| 03-15-07 | Long Distance Call | 19:40 #7719 : 347-534-3675 [00:02:00] | 1.24 | |
| 03-15-07 | *Accommodation | | 119.00 | |
| 03-15-07 | State Tax - Room | | 10.26 | |
| 03-15-07 | Bed/Occupancy Room Tax | | 0.89 | |
| 03-16-07 | Cash | | | 564.38 |
| | **Total** | | **273.34** | **874.76** |
| | **Balance** | | **-601.42** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn Express Hauppauge**
**2050 Express Drive South, Hauppauge NY 11788**
**Telephone: (631) 348-1400   Fax: (631) 348-1411**



Ernest Rudolph
220 Bond St
11590,
US

**Date :**            03-16-07
**Time :**            07:54
**Room :**            719
**Confirmation # :**  140821
**Receipt # :**       45847

### PAYMENT RECEIPT

| Date | Description | Amount |
|------|-------------|--------|
| 03-16-07 | Cash | 564.38USD |

**Guest Signature**                                    **Cashier**        **128**

**Holiday Inn Express Hauppauge**
**2050 Express Drive South, Hauppauge NY 11788**
**Telephone: (631) 348-1400   Fax: (631) 348-1411**



Ernest Rudolph
220 Bond St
11590,
US

| | |
|---|---|
| **Date :** | 03-14-07 |
| **Time :** | 15:19 |
| **Room :** | 719 |
| **Confirmation # :** | 140821 |
| **Receipt # :** | 45734 |

## PAYMENT RECEIPT

| Date | Description | Amount |
|---|---|---|
| 03-14-07 | Cash  2 Nts rm ad tax PLUS deposit $ 50 | 310.38USD |

**Guest Signature**

**Cashier**     **123**

**Holiday Inn Express Hauppauge**
**2050 Express Drive South, Hauppauge NY 11788**
**Telephone:  (631) 348-1400   Fax:  (631) 348-1411**



**Ernest Rudolph**
**220 Bond St**
**11590,**
**US**

| | |
|---|---|
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 43710 / |
| Reference # | |

| | | | |
|---|---|---|---|
| Room No. | **719** | Page No. | 1 of 2 |
| Arrival | 03-14-07 | Cashier No. | 123 |
| Departure | 03-20-07 | User ID | JFURLEPA |

**www.HolidayHauppaugeHotel.com**

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-14-07 | Cash | 2 Nts rm ad tax PLUS deposit $ 50 | | 310.38 |
| 03-14-07 | *Accommodation | | 119.00 | |
| 03-14-07 | State Tax - Room | | 10.26 | |
| 03-14-07 | Bed/Occupancy Room Tax | | 0.89 | |
| 03-15-07 | Long Distance Call | 13:16 #7719 : 411 [00:03:00] | 1.00 | |
| 03-15-07 | Long Distance Call | 13:22 #7719 : 202-456-7041 [00:06:00] | 6.33 | |
| 03-15-07 | Long Distance Call | 13:27 #7719 : 202-456-7041 [00:04:00] | 4.47 | |
| 03-15-07 | Long Distance Call | 19:40 #7719 : 347-534-3675 [00:02:00] | 1.24 | |
| 03-15-07 | *Accommodation | | 119.00 | |
| 03-15-07 | State Tax - Room | | 10.26 | |
| 03-15-07 | Bed/Occupancy Room Tax | | 0.89 | |
| 03-16-07 | Cash | | | 564.38 |
| 03-16-07 | *Accommodation | | 109.00 | |
| 03-16-07 | State Tax - Room | | 9.40 | |
| 03-16-07 | Bed/Occupancy Room Tax | | 0.82 | |
| 03-17-07 | Long Distance Call | 10:51 #7719 : 212-533-6200 [00:05:00] | 3.10 | |
| 03-17-07 | *Accommodation | | 109.00 | |
| 03-17-07 | State Tax - Room | | 9.40 | |
| 03-17-07 | Bed/Occupancy Room Tax | | 0.82 | |
| 03-18-07 | Long Distance Call | 09:58 #7719 : 212-385-1050 [00:02:00] | 1.24 | |
| 03-18-07 | Long Distance Call | 10:00 #7719 : 212-385-1050 [00:01:00] | 0.62 | |

**Holiday Inn Express Hauppauge**
**2050 Express Drive South, Hauppauge NY 11788**
**Telephone: (631) 348-1400   Fax: (631) 348-1411**



**Ernest Rudolph**
**220 Bond St**
**11590,**
**US**

A/R Number
Group Code
Folio/Invoice No.        43710 /
Reference #

| | | |
|---|---|---|
| Room No. | **719** | |
| Arrival | 03-14-07 | |
| Departure | 03-20-07 | |

Page No.        2 of 2
Cashier No.     123
User ID         JFURLEPA

**www.HolidayHauppaugeHotel.com**

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-18-07 | *Accommodation | | 149.00 | |
| 03-18-07 | State Tax - Room | | 12.85 | |
| 03-18-07 | Bed/Occupancy Room Tax | | 1.12 | |
| 03-19-07 | Long Distance Call | 06:17 #7719 : 516-279-0418 [00:01:00] | 0.62 | |
| 03-19-07 | *Accommodation | | 149.00 | |
| 03-19-07 | State Tax - Room | | 12.85 | |
| 03-19-07 | Bed/Occupancy Room Tax | | 1.12 | |
| 03-20-07 | Cash | | | -31.46 |
| | | **Total** | 843.30 | 843.30 |
| | | **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn Express Hauppauge**
**2050 Express Drive South, Hauppauge NY 11788**
**Telephone: (631) 348-1400   Fax: (631) 348-1411**

*[handwritten at top right]* 738 BROADWAY
N NEW YORK NY 10271

**ATTORNEY GENERAL ANDREW M. CUOMO**
**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**BUREAU OF CONSUMER FRAUDS AND PROTECTION**
300 MOTOR PARKWAY, SUITE 205
HAUPPAUGE, NY  11788-5127
Tel. (631) 231-2401 Fax (631) 435-0745

*[handwritten]* Charities
Bureau Civil Rights
212-416-8250

# COMPLAINT FORM

Consumer Hotline    For Hearing Impai
1 (800) 771-7755    TDD (800) 788-98
http://www.oag.state.ny.us

1. **PLEASE BE SURE TO COMPLAIN TO THE COMPANY OR INDIVIDUAL BEFORE FILING.**
2. **PLEASE TYPE OR PRINT CLEARLY IN DARK INK.**
3. **YOU MUST COMPLETE THE ENTIRE FORM.  INCOMPLETE OR UNCLEAR FORMS WILL BE RETURNED TO YO**
4. **MAKE SURE YOU ENCLOSE COPIES OF IMPORTANT PAPERS CONCERNING YOUR TRANSACTION.**

## CONSUMER

Your Name  Ernest Rudolph
Street Address  Homeless
City/Town          County          State

Home Tel.  None
*[handwritten]* Department of Social services in Coram and Nassau (Uniondale)
Bus. Tel.  None

Zip  *[handwritten]* Case # in Coram P001010%
Nassau not active but need file from Department of Social Service

## COMPLAINT

Name of Seller or Provider of Services
New York State
Street Address
City/Town          State          Zip
Tel #

Date of Transaction      Cost of Product or Service

Name of Other Seller or Provider of Services
?
Street Address
City/Town          State          Zip
Tel.#

How paid (Check those which apply)
( ) Cash   ( ) Check  ( ) Credit card  ( ) Other

Did you sign a contract? ( ) Yes (✓) No   Where?

Was product or service advertised? (✓) Yes  ( ) No   Where?  Not that im aware of.      Date
                                                                                          Date

Type of Complaint (e.g., car, mail order, etc.  Use reverse to provide details)
Federal (Pending Central Islip John P Burchen Court Plaze 100 Federal Plaze).

Date you complained to company or individual- Both      Person Contacted
( ) By Mail  ( ) By Telephone (✓) In person  ( ) Other                    Job Title

Nature of Response
                              Date of Response

Has matter been submitted to another agency or attorney? (✓) Yes  ( ) No   If yes, give name and address:

Is court action pending? (✓) Yes  ( ) No   If yes, please describe as necessary:

## ADDITIONAL INFORMATION

Manufacturer of Product

Address

Product Model or Serial Number_____        Warranty Expiration Date_____

Did business arrange financing? ( ) Yes  ( ) No   If yes, name and address of bank or finance company:

**PLEASE DESCRIBE COMPLAINT ON REVERSE SIDE**





## Please Fill Out and Return to Receptionist

# *Print All Information*

Date: 9/20/06 _____ Time: 1:57 _____ a.m. (p.m.)

Name: ERNEST RUDOLPH JR. _____

Address: Homeless (88 Homestead Dr) _____

_____ (Coram N.Y. 11727) _____

Telephone #: __None_____ Cell #: __None_____

Date of Birth: 2/27/20 _____ Social Security No.: 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 _____

Business Address: __None_____

_____

Brief explanation for visit: 4 page Follow Up (Attached to _____

this page). Civil Docket Sheet for case #: 2:02-CV-04103-

TCP-ETB, A Form, 1 Letter date 8/7/06 (U.S. District Court

Long Island office stamp). Grievance Committee F+ Tenth Judical

District and Docket filed on 1/30/06 at U.S.D.C. Long Island.

# Suit Alleges a Law Firm Let a Ponzi Scheme Unfold

Continued from Page One

quality of Mr. Yao's student-loan portfolio.

Mr. Yao rose swiftly within Philadelphia society. He paid himself at least $26 million from his business between 1995 and 2002, according to a suit by the bankruptcy trustee against Mr. Yao, in federal bankruptcy court in Delaware. He and his wife lived in a $3.8 million home on the Main Line and joined the Merion Cricket Club. The couple bought a New Jersey beachfront house, then traded up to a 6.5-acre estate in Nantucket. They began building a home in Bryn Mawr, Pa., containing 33,000 square feet, his wife said in a deposition for a lawsuit, later settled, by Wilmington Trust.

The couple also owned two jet planes, a boat, several luxury cars and a chauffeur-driven limousine, she said, and employed a personal chef. They were active on the charity circuit, pledging $500,000 toward a new Philadelphia orchestra hall. At an auction, they paid $278,000 for a spacesuit said to have been worn by Neil Armstrong and donated it to the Franklin Institute space museum.

Mr. Yao, now 43, was also a bit of a carouser, according to testimony taken for Wilmington Trust's suit in Pennsylvania state court in Montgomery County. The bank cited wire-transfer records showing he spent $150,000 on a pair of Las Vegas trips and wired $650,000 to Alexandria "Lexie" Karlsen, Playboy magazine's Miss March 1988. Asked about this in a deposition, Mr. Yao initially said that he didn't know Ms. Karlsen and that the money was for repairing and maintaining his jets. When shown a photo of himself and Ms. Karlsen at the Playboy Mansion, he said the cash was for "a movie project that didn't go anywhere." The federal indictment of Mr. Yao last year accuses him of making false statements about these wire transfers, in another deposition.

Ms. Karlsen, 35, says that she dated Mr. Yao for about four months in late 2001 and that the money was a gift. "I don't know how to fly an airplane and I was never in the movies," she said in an interview.

**M**r. Yao's business model was simple. His company, SFC, lent to students or purchased loans already made to them by their trade schools, many of which taught truck driving. SFC bundled the loans and sold notes based on them, promising investors fixed returns that came via the repayment of the loans. He could make money, in part, by buying the loans at a discount.

It seemed like a sure bet both for the banks that funded SFC and for note investors, because the students loans carried insurance promising to repay them in the event of fraud.

The insurer was Royal Indemnity Co., a U.S. unit of London-based Royal & Sun Alliance Insurance Group PLC. Royal Indemnity now contends in a suit against Pepper Hamilton that Mr. Yao's business conspired with schools to make loans to students who were uncreditworthy and not employable as truck drivers.

The suit cites a 2001 memo in

which an SFC manager told colleagues that some schools had issued loans to students with criminal records and physical or mental handicaps. At some schools, it says, more than 80% of loans weren't repaid. The trustee's suit adds that SFC itself owned interests in some trade schools.

SFC soon faced a cash-flow problem. Mr. Yao, in a December 1998 email to Mr. Gagné at Pepper Hamilton, mentioned a "$1.5 million shortfall" for the month. Mr. Yao asked if the man who had introduced the two of them—Mr. Gagné's uncle, Robert Bast—could "invest" that much in SFC to cover the gap, the trustee's suit says.

To mask high student-loan default rates, both the trustee's suit and Mr. Yao's suit say, his company sometimes made loan payments on behalf of the nonpaying students, calling these "forbearance payments." Mr. Gagné was "aware of SFC's practice of making payments to disguise student loan default rates from at least 1999," says Royal Indemnity's suit. The trustee's suit cites an email from Mr. Gagné to Mr. Yao in February 1999 saying, "You will just have to hit the school reserves in the normal course to fund the defaults."

A year later, in March 2000, Mr. Gagné told Mr. Yao that using company funds to make students' payments could be viewed as "manipulating the [loan] pool performance," according to the trustee's suit.

SFC not only continued the practice but increased it. SFC's forbearance payments totaled $2 million in 1999, $9.5 million in 2000 and then $45 million in the year leading up to SFC's June 2002 bankruptcy filing, according to the trustee's suit. Pepper Hamilton is just one of a number of parties the trustee is suing.

The other litigant facing off against Pepper Hamilton, insurer Royal Indemnity, maintains it relied on "fraudulent" information from the law firm in agreeing to sell insurance to SFC.

Royal's suit says the law firm failed to disclose "ghost payments" that SFC made to mask defaults. Royal—which itself sued Pepper Hamilton as legal coun-

sel, in an unrelated matter—argues that Mr. Gagné and his law firm "were SFC insiders and had every incentive to ensure the success of SFC's fraud."

Ms. Heideck denies Pepper Hamilton has any culpability. "Apparently, there were many people who were misled by Mr. Yao," he said. He also said that "Royal was responsible for determining the adequacy of the loans it insured."

**D**espite SFC's troubles, Mr. Gagné's family and relatives continued to lend. His uncle, Mr. Bast, was the biggest family lender, but they also included Mr. Gagné's wife and family trusts of which Mr. Gagné was a beneficiary. The trustee's suit says Mr. Bast reaped a benefit in more ways than one.

In 2000, the bankruptcy trustee's suit says, Gagné family members lent SFC $6 million that was later repaid with interest plus a 7% "payoff premium." The interest rate itself rose from 10% to 15% on loans from the family, the suit says. Mr. Heideck says 15% was "at or below the market rate" for loans of that type.

Sometimes Mr. Gagné billed SFC to prepare documents for the loans and also signed them on behalf of his family members.

American Bar Association rules of conduct say lawyers shouldn't represent a client if "a personal interest"

might limit their representation. They also must not have "a business transaction with a client." But the ABA rules make an exception if a transaction is fair to the client, is spelled out in writing, and is consented to by the client in writing.

Mr. Heideck says that "every single conflict was waived by the interested parties." According to the bankruptcy trustee's suit, Mr. Gagné twice sent Mr. Yao conflict-waiver letters and encouraged Mr. Yao to retain separate counsel because of "inherent conflicts of interest." Mr. Heideck says, "We were confident [Mr. Yao] signed whatever agreements waivers there were or agreed to the waivers."

The trustee's suit says others at Pepper Hamilton should have known all wasn't right at Mr. Yao's business. In late 2001, the suit says, SFC hired a risk-management director named Kirk Monteverde, who quit after two weeks saying that SFC had "misrepresented its financial position." The suit says Pepper Hamilton attorneys prepared a severance agreement for Mr. Monteverde that paid him $150,000 and barred him from disclosing details about his work at the company. Mr. Monteverde declined to comment.

Without elaborating, Pepper Hamilton's Mr. Heideck said the "facts support our position and not the trustee's."

By early 2002, more difficulties at SFC prompted another injection of funds. Gagné family members and family trusts lent SFC $3.3 million on March 5, 2002, to "keep SFC financially viable long enough for the family to recoup their investments," the trustee's suit contends. It puts the total amount that the Gagné family lent to Mr. Yao's company at about $35 million.

The insurer SFC had been making forbearance payments to keep student loans from being reported as in default. Royal says in its suit, Royal canceled the policies insuring repayment of the loans, leaving SFC with scant ability to borrow more or attract new investors.

**W**ith SFC on the brink of collapse, Mr. Gagné sent a memo to his law partners on April 18, 2002, telling them SFC had "lied" to its investors, insurers and others and had destroyed executive-committee minutes. He said that no one at SFC

"ever fully disclosed the use of the forbearance accounts" and that SFC officers lied about the issue in his presence. Excerpts of the memo are cited in both lawsuits against Pepper Hamilton.

Mr. Gagné's memo suggested that Pepper Hamilton stop representing SFC, and described the cascade of problems this step would cause. First, it would raise a cloud over SFC with both banks and investors, making it hard for the company to survive. And if it went under, another Pepper Hamilton client, Royal Indemnity, would be responsible for hundreds of millions of dollars in unpaid student loans.

"Adding to the ethical considerations is the fact that members of my family and trusts in which I am a beneficiary have made loans" to SFC, Mr. Gagné told his partners. He added: "We need to recognize the possibility that this firm will be sued."

He then took steps to make sure his family was repaid, securing a personal guarantee from Mr. Yao, says the trustee's suit. Mr. Yao emailed Mr. Gagné on April 23, 2002: "I will protect your family's investment in SFC, notwithstanding any adverse outcome that may result." According to the trustee's suit, to help repay the Gagné family, Mr. Yao pledged an interest he had in a chain of trade schools.

The next day, Pepper Hamilton withdrew its representation of SFC. The withdrawal led auditors to decline to endorse SFC's financial statements for 2001.

On June 3, 2002, Mr. Gagné told his uncle, Mr. Bast, a he had spoken with Mr. Yao and "learned we will not be receiving the SFC checks for a while." Two days later, four trucking schools petitioned the bankruptcy court to force SFC into bankruptcy, a success ful attempt.

Royal Indemnity sued Mr. Yao on 14 counts of fraud, false statements and money laundering. A trial is set for this March on some of the counts. Pepper Hamilton's own day in court, against the bankruptcy and insurance company suing it, is scheduled for October.

WSJ.COM

ONLINE TODAY: William Quigg killed a woman, then saw his conviction tossed out. Victim's daughter asks why. WSJ.com/law

---

To mask high student-loan default rates, suits against Philadelphia's Pepper Hamilton law firm say, its client made loan payments on behalf of nonpaying students, calling these "forbearance payments."

---

## Illinois Enters Lawsuit Over Alleged MRI Kickbacks

By David Armstrong

Illinois said it will move to stop a practice in which Il MRI scanning companies in the Chicago area are allegedly

Benjamin Weinberg, chief of the attorney general's public interest division, said the state will seek an injunction to stop the alleged kickback schemes as well as pursue restitution and damages

Neuro Open MRI in Arlington Heights, Ill. A spokeswoman for MIDI said the company couldn't comment because it hadn't yet reviewed the lawsuit. Attempts to contact Neuro Open and others

## New Brightcove Funding Round Ends Amid Shifting Winds in Internet TV

By Peter Grant

firm. Both start-ups, like other inter-

# Suit Alleges a Law Firm Let a Ponzi Scheme Unfold

Continued from Page One

quality of Mr. Yao's student-loan portfolio.

Mr. Yao rose swiftly within Philadelphia society. He paid himself at least $28 million from his business between 1995 and 2002, according to a suit by the bankruptcy trustee against Mr. Yao, in federal bankruptcy court in Delaware. He and his wife lived in a $1.8 million home on the Main Line and joined the Merion Cricket Club. The couple bought a New Jersey beachfront home, then traded up to a 6.5-acre estate in Nantucket. They began building a home in Bryn Mawr, Pa., converting 23,000 square feet, his wife said in a deposition for a lawsuit, later settled, by Wilmington Trust.

The couple also owned two airplanes, a boat, several luxury cars and a chauffeur-driven limousine, she said, and employed a personal chef. They were active on the charity circuit, pledging $500,000 toward a new Philadelphia Orchestra hall. At auction, they paid $275,000 for a space-suit said to have been worn by Neil Armstrong and donated it to the Franklin Institute space museum.

Mr. Yao, now 45, was also a bit of a carousel, according to testimony taken for Wilmington Trust's suit in Pennsylvania state court in Montgomery County. The bank cited wire-transfer records showing he spent $150,000 on a pair of Las Vegas trips and about $450,000, to Abercrombie "Lexie" Karlsen, Playboy magazine's Miss March 1999. Asked about this in a deposition, Mr. Yao initially said that he didn't know Ms. Karlsen and that the money was for repairing and maintaining his jets. When shown a photo of himself and Ms. Karlsen at the Playboy Mansion, he said the cash was for "a movie project that didn't go anywhere." The federal indictment of Mr. Yao last year accuses him of making false statements about these wire transfers, in another deposition.

Ms. Karlsen, 28, says that she dated Mr. Yao for about four months in late 2001 and that the money was a gift. "I don't know how to fly an airplane and I was never in the movies," she said in an interview.

**M**R. YAO'S BUSINESS model was simple. His company, SFC, lent to students or purchased loans already made to them by their trade schools, many of which taught truck driving. SFC bundled the loans and sold notes based on them, promis-

ing investors fixed returns that came via the repayment of the loans. He could make money, in part, by buying the loans at a discount.

It seemed like a sure bet for both the banks that funded SFC and for note investors, because the student loans carried insurance promising to repay them even in the event of fraud.

The insurer was Royal Indemnity Co., a U.S. unit of London-based Royal & Sun Alliance Insurance Group PLC. Royal Indemnity now contends in a suit against Pepper Hamilton that Mr. Yao's business conspired with schools to make loans to students who were uncreditworthy and not employable as truck drivers.

The suit cites a 2001 memo in

cording to the trustee's suit.

SFC not only continued the practice but increased it. SFC's forbearance payments totaled $2 million in 1999, $9.5 million in 2000 and then $45 million in the year leading up to SFC's June 2002 bankruptcy filing, according to the trustee's suit. Pepper Hamilton is just one of a number of parties the trustee is suing.

The other litigant facing off against Pepper Hamilton, insurer Royal Indemnity, maintains it relied on "fraudulent" information from the law firm in agreeing to sell insurance to SFC.

Royal's suit says the law firm failed to disclose "ghost payments" that SFC made to mask defaults. Royal—which itself sued Pepper Hamilton as a legal coun-

might limit their representation. They also must not have "a business transaction with a client." But the ABA rules make an exception if a transaction is fair to the client, is spelled out in writing, and is consented to by the client in writing.

Mr. Heideck says that "every single conflict was waived by the interested parties." According to the bankruptcy trustee's suit, Mr. Gagné twice sent Mr. Yao conflict-waiver letters and encouraged Mr. Yao to retain separate counsel because of "inherent conflicts of interest." Mr. Heideck says, "We were confident [Mr. Yao] signed whatever appropriate waivers there were or agreed to the waivers."

The trustee's account says others at Pepper Hamilton should have known all wasn't right at Mr. Yao's business. In late 2001, the suit says, SFC hired a risk-management director named Kirk Monteverde, who quit after two weeks saying that SFC had "misrepresented its financial position." The suit says Pepper Hamilton attorneys prepared a severance agreement for Mr. Monteverde that paid him $150,000 and barred him from disclosing details about his work at the company. Mr. Monteverde declined to comment.

Without elaborating, Pepper Hamilton's Mr. Heideck said the "facts support our position and not the trustee's."

By early 2002, more difficulties at SFC prompted another division of funds. Gagné family members and family trusts lent SFC $3.3 million on March 5, 2002, to "keep SFC financially viable long enough for the family to recoup their investments," the trustee's suit contends. It puts the total amount that the Gagné family lent to Mr. Yao's company at about $35 million.

Two weeks later, Mr. Yao met with Royal Indemnity in Delaware and told the insurer SFC had been making forbearance payments to keep student loans from being reported as in default, Royal says in its suit. Royal canceled the policies insuring repayment of the loans, leaving SFC with scant ability to borrow more or attract new investors.

"ever fully disclosed the use of the forbearance accounts" and that SFC officers lied about the issue in his presence. Excerpts of the memo are cited in both lawsuits against Pepper Hamilton.

Mr. Gagné's memo suggested that Pepper Hamilton stop representing SFC, and described the cascade of problems this step would create. First, it would raise a cloud over SFC with both banks and investors, making it hard for the company to survive. And if it went under, another Pepper Hamilton client, Royal Indemnity, would be responsible for hundreds of millions of dollars in unpaid student loans.

"Adding to the ethical considerations is the fact that members of my family and trusts in which I am a beneficiary have made loans" to SFC, Mr. Gagné told his partners. He added: "We need to recognize the possibility that this firm will be sued."

He then took steps to make sure his family was repaid, securing a personal guarantee from Mr. Yao, says the trustee's suit. Mr. Yao emailed Mr. Gagné on April 23, 2002: "I will protect your family's investment in SFC, notwithstanding any adverse outcome that may result." According to the trustee's suit, to help repay the Gagné family, Mr. Yao pledged an interest he had in a chain of trade schools.

The next day, Pepper Hamilton withdrew its representation of SFC. The withdrawal led auditors to decline to endorse SFC's financial statements for 2001.

On June 3, 2002, Mr. Gagné told his uncle, Mr. Bast, a he had spoken with Mr. Yao and "learned we will not be receiving the SFC checks for a while." Two days later, four trucking schools petitioned the bankruptcy court to force SFC to liquidate, a process that is continuing.

Last March, federal prosecutors in Delaware indicted Mr. Yao on 14 counts of fraud, false statements and money laundering. A trial is set for this March on some of the counts. Pepper Hamilton's own day in court, against the bankruptcy and insurance company suing it, is scheduled for October.

---

*To mask high student-loan default rates, suits against Philadelphia's Pepper Hamilton law firm say, its client made loan payments on behalf of nonpaying students, calling these "forbearance payments."*

---

which an SFC manager told colleagues that some schools had issued loans to students with criminal records and physical or mental handicaps. At some schools, it says, more than 80% of loans weren't repaid. The trustee's suit adds that SFC itself owned interests in some trade schools.

SFC cut funds cash flow problems. Mr. Yao, in a December 1998 email to Mr. Gagné at Pepper Hamilton, mentioned a "$1.5 million shortfall" for the month. Mr. Yao asked if the man who had introduced the two of them—Mr. Gagné's uncle, Robert Bast—could "invest" that much in SFC to cover the gap, the trustee's suit says.

To mask high student-loan default rates, both the trustee's suit and Royal Indemnity's suit say, SFC sometimes made loan payments on behalf of the nonpaying students, calling these "forbearance payments." Mr. Gagné was "aware of SFC's practice of making payments to disguise student-loan default rates from at least 1999," says Royal Indemnity's suit. The trustee's suit cites an email from Mr. Gagné to Mr. Yao in February 1999 saying, "You will just have to hit the school reserves in the normal course to fund the defaults."

A year later, in March 2000, Mr. Gagné told Mr. Yao that using company funds to make students' payments could be viewed as "manipulating the [loan] pool performance," ac-

sel, in an unrelated matter—argues that Mr. Gagné and his law firm "were SFC insiders and had every incentive to ensure the success of SFC's fraud."

Mr. Heideck denies Pepper Hamilton has any culpability. "Apparently, there were many people who were misled by Mr. Yao," he said. He also said that "Royal, as a sophisticated insurer, was responsible also for determining the adequacy of the loans it insured."

**D**ESPITE SFC'S TROUBLES, Mr. Gagné's family and relatives continued to lend. His uncle, Mr. Bast, was the Gagné family lender, but they also included Mr. Gagné's wife and family trusts of which Mr. Gagné was a beneficiary. Their reasons for doing so haven't been explained.

In 2000, the bankruptcy trustee's suit says, Gagné family members lent SFC $6 million that was later repaid with interest plus a 7% "payoff premium." The interest rate itself varied from 10% to 15% on loans from the family, the suit says. Mr. Heideck says 15% was "at or below the market rate" for loans of that type.

Sometimes Mr. Gagné billed SFC to prepare documents for the loans and also signed them on behalf of his family members.

American Bar Association rules of conduct say lawyers shouldn't represent a client if "a personal interest"

**W**ITH SFC ON THE BRINK of collapse, Mr. Gagné sent a memo to his law partners on April 18, 2002, telling them SFC had "lied" to its investors, insurers and others and had destroyed executive-committee minutes. He said that no one at SFC

WSJ.COM

---

## Illinois Enters Lawsuit Over Alleged MRI Kickbacks

By DAVID ARMSTRONG

Benjamin Weinberg, chief of the attorney general's public interest division,

Neuro Open MRI in Arlington Heights, Ill. A spokeswoman for MIDI said the

## New Brightcove Funding Round Ends Amid Shifting Winds in Internet TV

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of**   COLUMNBIA

Ernest Rudolph Jr.

Plaintiff

V.

The United States Of America

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Ernest Rudolph Jr. (Phone# (516) 229- declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☐ Yes       ☑ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
   transactions.

2. Are you currently employed?       ☐ Yes       ☑ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
       name and address of your employer.   (List both gross and net salary.)

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
       and pay period and the name and address of your last employer. Labor ready northeast, Inc.
       Central islip N.Y. salary $7.50 hourly

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment       ☐ Yes       ☑ No
   b.  Rent payments, interest or dividends       ☐ Yes       ☑ No
   c.  Pensions, annuities or life insurance payments       ☐ Yes       ☑ No
   d.  Disability or workers compensation payments       ☐ Yes       ☑ No
   e.  Gifts or inheritances       ☐ Yes       ☑ No
   f.  Any other sources       ☑ Yes       ☐ No

RECEIVED

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
amount received and what you expect you will continue to receive.

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 Reverse (Rev. 10/03)

Unlawful Settlement

4.   Do you have any **cash** or **checking** or **savings** accounts?    ☑ Yes          ☐ No

If "Yes," state the total amount.    $ 15,615 -ᵗ⁹

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes            ☑ No

If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

None

I declare under penalty of perjury that the above information is true and correct.

_March 22, 2007_                          _Earnest Mudge Jr._
Date                                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  4/6/07_ | |
| United States Judge          Date | United States Judge          Date |

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Ernest Rudolph Jr a.k.a Chris S. Carter

      V.

**SUBPOENA IN A CIVIL CASE**

The United States of America, Other's at E. Barrett Prettymen United States Courthouse
New York School District, American Bar Associate, The Department of Social Service in Nassau & Suffolk
Family Court in Westbury, Winthrop Hospital, Residents at 220 Bond St    Case Number:[1] 333 Constitution Ave, NW Washington DC 20001

TO: Westbury New York 11590, Nassau County County Hospital (In Meadowbrook) and the F.B.I at
135 Pinelawn R.D. in Melville, N.D. in
(P.S. Also c investigation by the Department of Justices). (Certified letter and the media's news).

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| The United States Court<br>E. Barrett Courthouse<br>333 Constitution Ave, NW<br>Washington, D.C. 20001 | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



**Washington
Hospital Center**

*MedStar Health*

# MEDICAL RECORDS
# BIRTH CERTIFICATE INFORMATION

## DO NOT TAKE THIS FORM HOME

Please use the following information to assist you in completing the birth certificate form. This form must be completed before you leave the hospital and given to your nurse. *Please fill out ALL parts of this form.*

## BABY'S INFORMATION

Items 1 – 6 pertain to your newborn baby. When entering your child's full name (first, middle, and last name), please limit the total number of letters or characters to 35. For example, if you name your child Ashley Marie Tate, the total number of letters or characters is 15. This does not exceed the limit of 35 letters.

| 1. CHILD'S NAME (First, Middle Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. TIME OF BIRTH | 4. SEX ☐ Male ☐ Female |
|---|---|---|---|

5. PLACE OF BIRTH IN WASHINGTON DC

☐ Hospital  ☐ Doctor's Office  ☐ Residence

☐ Other *(Specify)*

6. FACILITY NAME *(*If not institution, give street and address)*

☐ Washington Hospital Center  ☐ Other *(Specify):*

☐ *Address:

## MOTHER OF THE BABY'S INFORMATION

*Items 7 –17 pertain to the patient / mother of the baby.*

| 7. MOTHER OF THE BABY'S NAME (First, Middle, Last) | 8. SOCIAL SECURITY NUMBER | 9. MAIDEN NAME |
|---|---|---|

10. MARITAL STATUS
☐ Single      ☐ Married
☐ Divorced or Widowed within the last 10 months

| 11. DATE OF BIRTH (Month, Day, Year) | 12. BIRTHPLACE (Specify State or Foreign Country) |
|---|---|

| 13a. ADDRESS: Street and Number | 14. City, Town | 16a. State | 16b. Zip Code | 17. County |
|---|---|---|---|---|

13b. MOTHER OF THE BABY'S MAILING ADDRESS *(if same as residence, enter zip code only)*

## FATHER'S INFORMATION

### *Please read before completing Father's Information:*

Items 18 –22 pertain to the father of the baby. This section should be completed if the baby's mother was married to the baby's father before birth or if the couple completes an *"Acknowledgement of Parentage"* form. (This form can be obtained from the nurse.) It must be completed, notarized and filed with the hospital's Birth Registrar within three days of the birth of your baby. If you miss the 3-day deadline, you may file the *"Acknowledgement of Parentage"* form directly with the Bureau of Vital Records at: 825 North Capitol Street, NE, First Floor, Washington, DC 20002.

| 18. FATHER'S NAME (First, Middle, Last) | 19. SOCIAL SECURITY NUMBER | 20. DATE OF BIRTH | 21. BIRTHPLACE (Specify State or Foreign Country) |
|---|---|---|---|

22. FATHER'S ADDRESS (Number, Street, City, State, Zip)

Copies:   *Original* – Medical Records  ·  *Canary* – Patient

PATIENT LABEL

**MEDICAL RECORDS
BIRTH CERTIFICATE
INFORMATION**

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## ACKNOWLEDGMENT OF PATERNITY
*(§ 16-909.03 District of Columbia Code)*

This statement is to acknowledge paternity of the child described herein.  In order for the father's name to appear on the birth certificate of a child born out of wedlock, both biological (*natural*) parents must complete and sign this statement before a notary public.

Hospital Name: _____

## PART 1 – CHILD

1. Full Name at Birth: _____
   *(First)*                    *(Middle)*                    *(Last)*                    *(Suffix)*

2. Sex: _____    3. Date of Birth: _____    4. Place of Birth: _____ Washington D.C. _____

5. Birth Certificate Number (*If Known*): _____    6. Social Security Number: _____

## PART II – BIOLOGICAL MOTHER OF THE CHILD

7. Full Maiden Name: _____
   *(First)*                    *(Middle)*                    *(Maiden)*

8. Present Name: _____
   *(First)*                    *(Middle)*                    *(Last)*

9. Date of Birth: _____    10. Place of Birth (*State or Foreign Country*): _____

11. Social Security Number: _____    12. Employer: _____

## PART III – BIOLOGICAL FATHER OF THE CHILD (*NOTE:  Items 17 and 18 concern the father <u>at the time of the child's birth</u>*)

13. Full Name: _____
    *(First)*                    *(Middle)*            *(Last)*                    *(Suffix)*

14. Date of Birth: _____    15. Place of Birth (*State or Foreign Country*): _____

16. Social Security Number: _____    17. Employer: _____

18. Employer's Address: _____

## PART IV – BIOLOGICAL PARENTS' MARRIAGE (*IF APPLICABLE, You must complete this section and enclose a certified copy of your marriage record*)

19. Place of Marriage: _____    20. Date of Marriage: _____
    *(City/County and State, or Foreign Country)*

## PART V – PARENTS' ACKNOWLEDGMENT (*THIS ITEM MUST BE COMPLETED*)

21. We, being duly sworn, affirm that we are the biological parents of the child named above, we have read the rights and responsibilities statement provided on the reverse of our copy of this document and understand that we have the right to rescind this acknowledgment within sixty days from the date of signing at the Vital Records Division.  We request that the father's information be shown on this child's birth certificate, and that the child's name be listed on the birth certificate as shown below.

Child's Name: _____
    *(First)*                    *(Middle)*                    *(Last)*                    *(Suffix)*

22. a. Signature of Father: _____    23. a. Signature of Mother: _____

    b. Address of Father: _____        b. Address of Mother: _____

    _____        _____

24. Subscribed and sworn before me on: _____    25. Subscribed and sworn before me on: _____

26. Notary's Signature _____    27. Notary's Signature _____

# VITAL  RECORDS  DIVISION



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $1.05 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $8.30 |

NATIONAL CAPITAL STATION MAIL WASHINGTON, DC 20013 2007

Sent To
*The White House 1600 Pennsylvania Ave.*
Street, Apt. No.;
or PO Box No. *1600 Pennsylvania Ave*
City, State, ZIP+4 *200500  20500*

See Reverse for Instructions

PS Form 3800, June 2002

**...ranet Item Inquiry - Domestic**

**Service Calculation Acceptance**
**Date/Time: 03/22/2007 17:44**

| | | | |
|---|---|---|---|
| **City:** WASHINGTON | | **State:** DC |
| **City:** WASHINGTON | | **State:** DC |

**Anticipated Delivery Date:** 03/23/2007

**Weight:** 0 **lb(s)** 4 **oz(s)**          **Postage:** $4.05

**Firm Book ID:** 5103 0SGU A010 0001 1703

**Delv Rqmt:** Normal                    **PO Box?:** N

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7004 1350 0003 2411 5583 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/26/2007 03:41 Firm Name: 20500 PU Recipient: 'M NALDO' | WASHINGTON, DC 20500 | 030SGSE657 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 03/24/2007 08:24 | WASHINGTON, DC 20500 | 030SGUA701 |
| ARRIVAL AT UNIT | 03/24/2007 08:11 | WASHINGTON, DC 20022 | 030SGUA010 |
| ACCEPT OR PICKUP | 03/22/2007 17:44 | WASHINGTON, DC 20013 | |

**Enter Request Type and Item Number:**

**Quick Search** ⦿          **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on <u>multiple items</u>.

Go to the Product Tracking System <u>Home Page</u>.