Date: April 10, 2007
Time: 9:08 am

Objective: Changing mailing address.
1:07-mc-00272-EGS

Change of address.

To the attending pro-se clerk and Mr Greg Hughes (Operation Manager). Have all my mail sent to Ben Franklin, Po Box 120 Washington DC 20044

Ben Franklin
PO Box 120
Washington, DC 20044

Thank you
Ernest Rudolph Jr.
Ernest Parham
Chris S. Carter

legally I want this name and all that I legally demand with it! (Dated 4/23/07 Time 9:05am)

RECEIVED
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT