Place
↓
Document #
1:07-mc-00272-
EGS. 333
institutional
ave. Washington
D.C. Room
1225 in
the lobby.

To U.S. Prosecutor.    July 6, 2007
General motion (to change judge).  Time 1:23 pm

Motion is GRANTED
[signature]
7/31/07

I'm writing this motion so that my case be change to a new judge. Judge Sullivan has denied my case for his own illegal purpose (see United States document 2:02 cv 04103 Federal Court, Central Islip).