Place ▽
Document #
1:07-mc-00272-
EGS. 333

Constitutional
doc. Washington
D.C. Room
1225 in
the lobby.

To U.S. Prosecutor — July 6, 2007
General motion (to change judge)

Leave to file is GRANTED
Time 1.23pm
7/31/07

I'm writing this motion so that my case be change to a new judge. Judge Sullivan has used my case for his own illegal purpose (see United States document 2:02-cv-04103 Federal Court, Central Islip)

The motion is DENIED
7/31/07