

**Orders on Motions**
1:07-mc-00272-EGS RUDOLPH v. UNITED STATES OF AMERICA et al
APPEAL, PROSE-NP

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 8/1/2007 at 9:34 AM and filed on 8/1/2007
**Case Name:** RUDOLPH v. UNITED STATES OF AMERICA et al
**Case Number:** 1:07-mc-272
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER denying [3] Motion to Disqualify Judge. Signed by Judge Emmet G. Sullivan on 7/31/07. (clv, )


**1:07-mc-272 Notice has been electronically mailed to:**
John Crabb, Jr  John.D.Crabb@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecfnatsec@usdoj.gov

**1:07-mc-272 Notice will be delivered by other means to::**

ERNEST RUDOLPH, JR
P.O. Box 120
Washington, DC 20044

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Votteler\07-272.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/1/2007] [FileNumber=1512365-0]
[97b0d4ba207a7e347f5ed5d8a37f20b48bc92dbd91567aa6e520a38381d96967df940
325c1680b2c8d4538051e846f0cc2ba81e85e2b8d19a9a5e0396a15b7d0]]